MICHAEL STARUISH
PLAINTIFF/PETITIONER/MOVANT'S NAME

F29516
PRISON NUMBER

R.J. DONOVAN
PLACE OF CONFINEMENT

F-2/10/24BU, POB 799002
ADDRESS
SAN DIEGO, CAL 92179-9002

2254 ___   1983 ✓
FILING FEE PAID
Yes ___   No ✓
IFP MOTION FILED
Yes ✓   No ___
COPIES SENT TO
Court ✓   ProSe ___

FILED
2008 JAN 30 PM 4:15
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____RM_____ DEPUTY

# United States District Court
## Southern District Of California

MICHAEL STARUISH,
Plaintiff/Petitioner/Movant

v.

A. SCHWARNEGGER, ET AL.,
Defendant/Respondent

Civil No. **'08 CV 0187 JM POR**
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS**

I, MICHAEL STARUISH, declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**
1. Are you currently incarcerated? ☑ Yes ☐ No   (If "No" go to question 2)
   If "Yes," state the place of your incarceration R.J. DONOVAN, 480 ALTA Rd., S.D. CA 92179
   Are you employed at the institution?         ☐ Yes ☑ No
   Do you receive any payment from the institution?   ☐ Yes ☑ No
   [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

CIV-67 (Rev. 2/05)                                                K:\COMMON\FORMS\CIV-67

2. Are you currently employed? ☐ Yes ☑ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer._____
   _____
   _____

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. UNABLE TO RECALL_____
   _____
   _____

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment   ☐ Yes ☑ No
   b. Rent payments, royalties interest or dividends   ☐ Yes ☑ No
   c. Pensions, annuities or life insurance            ☐ Yes ☑ No
   d. Disability or workers compensation               ☐ Yes ☑ No
   e. Social Security, disability or other welfare    NO ☑ Yes ☑ No   NO
   e. Gifts or inheritances                            ☑ Yes ☑ No   YES
   f. Spousal or child support                         ☐ Yes ☑ No
   g. Any other sources                                ☐ Yes ☑ No

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month. I INHERITED ½ MILLION WHICH IS PAIDABLE WHEN I REACH THE AGE 50 YEARS OLD. PRESENTLY I AM 45 YEARS OLD.
   _____

4. Do you have any checking account(s)? ☐ Yes ☑ No
   a. Name(s) and address(es) of bank(s):_____
   b. Present balance in account(s):_____

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts? ☐ Yes ☑ No
   a. Name(s) and address(es) of bank(s):_____
   b. Present balance in account(s):_____

6. Do you own an automobile or other motor vehicle? ☐ Yes ☑ No
   a. Make:_____ Year:_____ Model:_____
   b. Is it financed? ☐ Yes ☐ No
   c. If so, what is the amount owed?_____

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
☐ Yes  ☒ No
If "Yes" describe the property and state its value. _____ N/A

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. _____ N/A

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable): _____ N/A

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]): JOSEPH STARUISH (CELL # 858-774-8570 3)

12. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you <u>must</u> explain the sources of funds for your day-to-day expenses. I RECEIVE MONIES FROM MY BROTHER JOSEPH STARUISH.

**I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.**

1-25-08
DATE

_____
SIGNATURE OF APPLICANT

## DECLARATION

I, JEFF S. GOUGH (CDC #V64431), DECLARE AND SAYTH AS FOLLOWS:

I AM OF MAJORITY AGE (51 YEARS) AND MAKE THIS DECLARATION FOR MR. STARVISH (C.D.C. # F29516), WHO IS THE PLAINTIFF IN STARVISH V. SCHWARNEGGER ET. AL. (NO CASE # ASSIGNED AS OF YET), WHO IS SEEKING AN "VARIANCE" FROM THE NORMAL FILING PROCEDURES OF THIS COURTHOUSE (SEE REVERSE SIDE). IN THIS REGARD I PRAY THAT THE HONORABLE COURT CONSIDER THE FOLLOWING:

1) I WAS A DEFENDANT IN U.S. V. GOUGH, CASE # 89-0345-GT BEFORE THE HONORABLE GORDON THOMPSON JR. AND FILED MANY IN PROPRIA PERSONA AND IN PRO SE PAPERS IN HIS COURT. I HAD RELATIVE SUCCESSFUL RULINGS AND WON FAVORABLE DECISIONS. ERGO, I AM FAMILIAR WITH LAW AND PROCEDURES THEREOF AND WHAT I PERCEIVED TO BE A MANDATORY ADMONISHMENT: "...YOU MUST ATTACH A CERTIFIED COPY OF YOUR PRISON TRUST ACCOUNT STATEMENT..." (SEE REVERSE SIDE). IN ADDITION, I NOTED THE "...ORIGINAL AND AT LEAST TWO COPIES..." ADMONISHMENT/INSTRUCTION. IBID.

2) SETTING ASIDE MY EXPERIENCE I WISH TO DECLARE THE FOLLOWING FACTS THAT ARE RELEVANT TO MR. STARVICH'S REQUEST FOR A FILING VARIANCE. I HAVE BEEN IN THE CUSTODY OF THE CDC AT DONOVAN SINCE DECEMBER 20, 2007. THROUGHOUT THIS SIX WEEK PERIOD I HAVE ONLY BEEN ABLE TO ACCESS THE LEGAL LIBRARY ON ONLY A COUPLE OCCASSION FOR LESS THAN 20-30 MINUTES. ON ONE OCCASSION WHEN I REQUESTED ACCESS TO THE LAW LIBRARY I WAS INFORMED THAT I WOULD BE "...DENIED LIBRARY ACCESS TO CDC POLICY..." BUT I COULD HAVE "TWO" CIVIL RIGHTS COMPLAINTS. SEE "INMATE REQUEST FOR INTERVIEW" EXHIBIT "A". I PROVIDE A COPY OF THAT CIVIL RIGHTS COMPLAINT TO MR. STARVISH AND I ASSISTED HIM IN THE PREPARATION OF SAME.

3) FOR THE LAST WEEK MR. STARVISH AND MYSELF HAVE BEEN WAITING FOR A RESPONSE FROM THE PRISON'S INMATE TRUST FUND DEPARTMENT SO WE COULD COMPLY WITH 28 U.S.C. § 1915(a)(2) AS INSTRUCTED TO ON THE REVERSE SIDE OF THIS DECLARATION. NOTEWORTHY, DONOVAN PRISON OFFICIALS HAVE CLOSED

ANY ACCESS TO COPYING DOCUMENTS SERVICE. ON OTHER OCCASIONS IT IS RUMORED THAT DOCUMENTS WHICH ARE HANDED-OVER FOR DAYS AT A TIME ARE "LOSTED." THIS INCLUDES IRREPLACEABLE DOCUMENTATION.

4) ON OTHER OCCASIONS THE STAFF — OUT-OF-THE-PRESENCE — OF THE INMATE REVIEW ANY DOCUMENTS SUBMITTED FOR REVIEW TO DETERMINE WHETHER THE CDC AND/OR OTHER LOCAL/STATE PERSONNEL ARE INVOLVED. THESE DOCUMENTS ARE ALSO "LOST"!

5) AS THAT I WAS A LAW CLERK FOR MANY YEARS I AM TRULY BAFFLED BY THE WAY DONOVAN OFFICIAL SEEMINGLY MAKE EVERY EFFORT TO OBSTRUCT — NOT HINDER/IMPED — PRISONER'S ACCESS TO THE COURTS. THIS APPEARINGLY IS SO IN CASES SUCH AS MR. STARVISH HAS CLAIMED HE IS ENTITLED TO RELIEF.

6) IN REGARDS TO THE PROCEEDING PARAGRAPH I CAN ATTEST THAT I AM ONE OF THE MANY P.C. § 290 CDC VICTIMS. I AM PREPARING MY CIVIL RIGHTS SUIT AND WILL BE SUBMITTING SAME TO THIS COURT.

7) IF CALLED TO TESTIFY TO THE FOREGOING I WILL.

I, JEFF S. GOUGH, DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF BOTH CALIFORNIA AND FEDERAL THAT THE FOREGOING IS TRUE AND CORRECT. SEE 28 U.S.C. § 1446(2)

EXECUTED THIS 25ᵗʰ DAY OF JANUARY, 2008, IN THE YEAR OF MY LORD JESUS CHRIST, THE MESSIAH.

_Jeff S. Gough_
JEFF S. GOUGH, DECLARANT

1  MICHAEL STARVISH (CDC # F29516)
   R.J. DONOVAN, F2-10-248U
2  P.O. BOX 799002
   SAN DIEGO, CALIF. 92179-9002
3
4
5  PRISONER ASSISTANT: JOHNSON V. AVERY, 89 S.Ct. 747 (1969)
   JEFF S. GOUGH (CDC # V64431)
6  R.J. DONOVAN, F2-10-248L
   P.O. BOX 799002
7  SAN DIEGO, CALIF. 92179-9002
8              UNITED STATES DISTRICT COURT
9              SOUTHERN DISTRICT OF CALIFORNIA

10  MICHAEL STARVISH,                  )  CIVIL CASE NO. _____
11            PLAINTIFF,               )
          v.                           )  APPLICATION FOR ORDER ALLOWING
12                                     )  VARIANCE FROM FILING PROCEDURE AND
    ARNOLD SCHWARNEGGER, GOVERNOR;     )  DECLARATIONS IN SUPPORT
13  ROBERT TILLMAN, DIRECTOR, ET. AL...)
14            DEFENDANTS.              )
15
16       COMES NOW YOUR PLAINTIFF MICHAEL STARVISH IN PROPRIA PERSONA WITH
17  THE ASSISTANCE OF FELLOW PRISONER/CELLMATE JEFF S. GOUGH HEREBY RESPECT-
18  FULLY APPLYING TO THE HONORABE ABOVE-ENTITLED COURT FOR A VARIANCE FROM THE
19  NORMAL FILING PROCEDURES, TO WIT: (1) THE REQUIRED "...CERTIFIED COPY OF [MY]
20  PRISON TRUST ACCOUNT STATEMENT" WHICH IS AN ATTACHMENT TO THE MOTION TO
21  PROCEED IN FORMA PAUPERIS WITHOUT PRE-PAYMENT OF FILING FEES (SEE HEREWITH
22  MOTION W/DECLARATION); (2) AND ANY OTHER COSTS ASSOCIATED WITH THE INITIAL
23  FILING OF THIS CIVIL ACTION PER 42 U.S.C. § 1983, §1985, WITH FED.R.CIV.P. 23
    CLASS ACTION CERTIFICATION REQUESTED (SEE "CIVIL RIGHTS COMPLAINT" HEREWITH).
24  THE REASON(S) FOR THIS VARIANCE AND ORDER IS MORE FULLY EXPLAINED IN
25  THE ATTACHED, I.E., HEREWITH DECLARATIONS.
26       RESPECTFULLY REQUESTED AND SUBMITTED THIS 25TH DAY OF JANUARY,
27  2008, IN THE YEAR OF MY LORD JESUS CHRIST, THE MESSIAH. /s/ Jeff S.
28  /s/ Gough       JEFF S. GOUGH AND MICHAEL STARVISH

## DECLARATION

I, MICHAEL STARVICH (CDC # F29516), DECLARE AND SAYTH:

I AM THE PLAINTIFF IN <u>STARVISH v. SCHWARNEGGER ET AL</u> (NO # ASSIGNED AT THIS TIME), AND MAKE THIS DECLARATION IN SUPPORT OF MY <u>EX PARTE</u> "APPLICATION FOR ORDER ALLOWING VARIANCE FROM FILING PROCEDURES."

I AM PRESENTLY AT R.J. DONOVAN PRISON ON WHAT IS CALLED THE "SENSITIVE NEEDS YARD" WHICH IS, IN ESSENCE, PROTECTIVE CUSTODY. I AM ON THIS YARD DUE TO THE AVERMENTS SET FORTH IN THE ABOVE REFERENCED CIVIL RIGHTS SUIT.

I HAVE BEEN "CELLING," SO TO SPEAK, WITH JEFF S. GOUGH (CDC # V64431) WHO HAS BEEN ASSISTING ME FOR NINE DAYS WITH THE SAID LAW SUIT. WITH MR. GOUGH'S LEGAL SKILLS (HE WAS ALLEGEDLY A LAW CLERK) WE HAVE TOGETHER PREPARED THE SAID SUIT. FOR OVER EIGHT DAYS I HAVE BEEN WAITING FOR WHAT IS CALLED THE CERTIFICATION OF MY PRISON ACCT. FUNDS. I SUBMITTED THIS REQUEST TO THE INMATE ACCOUNT (TRUST FUND) THROUGH THE ONLY AVAILABLE METHOD: THE INTER-PRISON MAIL SYSTEM. IT IS COMMON KNOWLEDGE THAT ANY REQUESTS FOR THE "CERTIFICATION OF YOUR TRUST ACCOUNT" MEANS YOU ARE SUING THE PRISON. ERGO, THESE TYPES OF DOCUMENTS/REQUESTS GO UNANSWERED WITH NO RESPONSE BACK AS TO THE REASONS. I BELIEVE, IN GOOD FAITH, THIS IS THE CASE HERE.

FURTHERMORE, AS STATED IN MR. GOUGH'S DECLARATION HEREWITH, THE "CDC" AND/OR DONOVAN PRISON HAS A "CDC POLICY" OF DENYING "LAW LIBRARY" ACCESS TO INMATES. WITHOUT ACCESS (I AM LOCKED-DOWN FOR DAYS) I AM NOT ABLE TO ACCESS ANY WAY OF COPYING MY CIVIL SUIT, NOR AM I ABLE TO GET ANY ENVELOPES. EVEN IF I HAD MONIES: I HAVE $0.00 IN MY TRUST ACCT.

RESPECTFULLY REQUESTED AND SUBMITTED THIS 25th DAY OF JANUARY, 2008, IN THE YEAR OF MY LORD JESUS CHRIST, THE MESSIAH. _/s/ Michael Starvich_

JS 44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I (a) PLAINTIFFS**  MICHAEL STARUICH (CDC# F29516)

**DEFENDANTS**  A. SCHWARNEGGER, GOVERNOR
R. TILLMAN, CDC DIRECTOR
GREG SEWELL, BPT COMMUNITY PAROLE AGENT
ROBERT MUNOZ, BPT COMMUNITY PAROLE AGENT
SAN DIEGO COUNTY PUBLIC DEFENDER, ET. AL.

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** SAN DIEGO
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT** SACRAMENTO
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
JEFF S. GOUGH (CDC # V64431)
R.J. DONOVAN - F2-10-248L
P.O.B. 799002, SAN DIEGO, CAL. 92179-9002

**ATTORNEYS (IF KNOWN)**

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)
- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [x] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (For Diversity Cases Only) (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [x] 1 | Incorporated or Principal Place of Business in This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business in Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

**IV. ORIGIN** (PLACE AN x IN ONE BOX ONLY)
- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

**V. REQUESTED IN COMPLAINT:** [x] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
**DEMAND** $ 300,000  PUNITIVE $3,000,000
Check YES only if demanded in complaint.
**JURY DEMAND:** [x] YES [ ] NO

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)
THIS IS A 42 U.S.C. §§ 1983, 1985. W/CLASS ACTION CERTIFICATION REQ. THIS SUIT INVOKES THE MALICIOUS IMPRISONMENT OF PLAINTIFF AND MANY SIMILIARLY SITUATION IN VIOLATION OF THE 13TH AMENDMENT, A/I/A THE VIOLATIONS OF THE 1ST, 4TH, 5TH, 6TH, 7TH, 8TH, AND 14TH AMENDMENTS, U.S. CONST.

**VII. NATURE OF SUIT** (PLACE AN x IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | 610 Agriculture | 422 Appeal 28 USC 158 | 400 State Reapportionment |
| 120 Marine | 310 Airplane / 362 Personal Injury-Med Malpractice | 620 Other Food & Drug | 423 Withdrawal 28 USC 157 | 410 Antitrust |
| 130 Miller Act | 315 Airplane Product Liability / 365 Personal Injury-Product Liability | 625 Drug Related Seizure of Property 21 USC 881 | PROPERTY RIGHTS | 430 Banks and Banking |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander / 368 Asbestos Personal Injury Product Liability | 630 Liquor Laws | 820 Copyrights | 450 Commerce/ICC Rates/etc |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers' Liability / PERSONAL PROPERTY | 640 R.R. & Truck | 830 Patent | 460 Deportation |
| 151 Medicare Act | 340 Marine / 370 Other Fraud | 650 Airline Regs | 840 Trademark | 470 Racketeer Influenced & Corrupt Organizations |
| 152 Recovery of Defaulted Student Loans (Excl. Veterans) | 345 Marine Product Liability / 371 Truth in Lending | 660 Occupational Safety/Health | SOCIAL SECURITY | 810 Selective Service |
| 153 Recovery of Overpayment of Veteran's Benefits | 350 Motor Vehicle / 380 Other Personal Property Damage | 690 Other | 861 HIA (1395ff) | 850 Securities/Commodities/Exchange |
| 160 Stockholders' Suits | 355 Motor Vehicle Product Liability / 385 Property Damage Product Liability | LABOR | 862 Black Lung (923) | 875 Customer Challenge 12 USC 3410 |
| 190 Other Contract | 360 Other Personal Injury | 710 Fair Labor Standards Act | 863 DIWC/DIWW (405(g)) | 891 Agricultural Acts |
| 195 Contract Product Liability | CIVIL RIGHTS / PRISONER PETITIONS | 720 Labor/Mgmt. Relations | 864 SSID Title XVI | 892 Economic Stabilization Act |
| REAL PROPERTY | 441 Voting / 510 Motions to Vacate Sentence Habeas Corpus | 730 Labor/Mgmt. Reporting & Disclosure Act | 865 RSI (405(g)) | 893 Environmental Matters |
| 210 Land Condemnation | 442 Employment | 740 Railway Labor Act | FEDERAL TAX SUITS | 894 Energy Allocation Act |
| 220 Foreclosure | 443 Housing/Accommodations / 530 General | 790 Other Labor Litigation | 870 Taxes (U.S. Plaintiff or Defendant) | 895 Freedom of Information Act |
| 230 Rent Lease & Ejectment | 444 Welfare / 535 Death Penalty | 791 Empl. Ret. Inc. Security Act | 871 IRS-Third Party 26 USC 7609 | 900 Appeal of Fee Determination Under Equal Access to Justice |
| 240 Torts to Land | [x] 440 Other Civil Rights / 540 Mandamus & Other | | | 950 Constitutionality of State Statutes |
| 245 Tort Product Liability | / 550 Civil Rights | | | 890 Other Statutory Actions |
| 290 All Other Real Property | | | | |

**VIII. RELATED CASE(S) IF ANY** (See instructions): JUDGE _____  DOCKET NUMBER _____

TO: HONORABLE CLERK OF THE COURTHOUSE (W. SAMUEL JR. HAMRICK)   1/25/08
U.S. DISTRICT COURT, SOUTHERN DISTRICT @ SAN DIEGO
880 FRONT ST., ROOM #4290
SAN DIEGO, CALIF. 92101-8900

GREETINGS HONORABLE CLERK:

PLEASE FIND HEREINWITH THE ONE AND ONLY COPY OF THE FOLLOWING: (1) "CIVIL COVER SHEET"; (2) "APPLICATION FOR ORDER ALLOWING VARIANCE FROM FILING PROCEDURE AND DECLARATIONS IN SUPPORT"; (3) THE STANDARD "MOTION AND DECLARATION... IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS"; (4) "COMPLAINT UNDER THE CIVIL RIGHTS ACT..." (JUDICIAL FORM) WITH EXHIBITS AND DECLARATIONS IN SUPPORT.

AS STATED ABOVE AND IN THE DECLARATIONS SUPPORTING THE "APPLICATION" TO CIRCUMVENT THE NORMAL FILING PROCEDURES (SEE REVERSE SIDE OF THAT SOME OF THE DOCUMENTS) THIS IS DUE TO THE PRESENT CONDITIONS I AND JEFF S. GOUGH (CDC # V64431) ARE LABORING TO ACCESS THE FEDERAL COURTS (SEE DECLARATIONS). I WOULD PRAY IN THE NAME OF JESUS CHRIST THAT YOU WILL PLEASE STAMP "RECEIVED" AND THEN PROCEED THESE CRITICAL DOCUMENTS (POSSIBLY HONORABLE JUDGE GORDON THOMPSON JR. WHO KNOWS ME!). OTHERWISE, PLEASE PROCESS THESE DOCUMENTS TO THE APPROPRIATE JUDGE (ON THE WHEEL).

I PRAY THAT I DON'T ASK TOO MUCH OF YOU BUT COULD YOU SEND ME THE NECESSARY COPIES OF: (1) SUMMONS (WE DON'T HAVE ANY HERE AT THIS PRISON WHICH IS MADE AVAILABLE TO US); ANY DOCUMENTATION NEEDED TO EFFECTUATE THE SERVICE OF THE CIVIL COMPLAINT (WE DON'T HAVE ANY); AND PLEASE, PLEASE, PLEASE A STAMPED "RECEIVED" W/FILING NUMBER AND/OR A TRADITIONALLY "CONFORMED" COPY. THIS LAST REQUEST IS MADE BECAUSE I DO NOT HAVE ACCESS TO ANY COPY MACHINE TO RETAIN AT LEAST ONE COPY — THE PRISON DOES NOT MAKE THIS NECESSARY SERVICE. THIS MAY BE BECAUSE IT INVOLVES THIS PRISON'S OFFICIALS AND THEY HAVE "LOST" THESE-KIND-OF DOCUMENTS MANY TIMES IN THE PAST. I ALSO DON'T HAVE ANY ENVELOPES, STAMPS, MONEY, TO PROVIDE YOU. I'M SORRY...

IN CLOSING, I THANK YOU IN ADVANCE FOR ANY CONSIDERATION YOU MIGHT OFFER THIS PRISONER OF JESUS CHRIST UNDER THE PRESENT CIRCUMSTANCES.

DATED THIS 25TH DAY OF JANUARY, 2008, IN THE YEAR OF LORD JESUS CHRIST, THE ANNOINTED ONE, AND MESSIAH. _[signature]_