# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

FILED
2008 FEB 26 AM 10:49

TO: ☑ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE  Miller
FROM: R. Mullin, Deputy Clerk          RECEIVED DATE: 2/21/2008
CASE NO.: 08cv0187 JM (POR)   DOCUMENT FILED BY: Plaintiff
CASE TITLE: Starvish v. Schwarzenegger, et al
DOCUMENT ENTITLED: Letter

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | **5.4** | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| X | 83.9 | **OTHER: Ex parte communication is prohibited.** |

Plaintiff must comply with Court Order dated 2/19/08 to reopen case
Date forwarded: 2/22/2008

### ORDER OF THE JUDGE / MAGISTRATE JUDGE
**IT IS HEREBY ORDERED:**

☐ The document is to be filed nunc pro tunc to date received.

☑ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☑ Yes.   Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: Judge Miller
Dated: 2/25/08          By: _____
cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]

HONORABLE JUDGE _____, U.S. FEDERAL JUDGE                    19 FEBRUARY 08
CLERK OF THE COURTHOUSE
U.S. DISTRICT COURT, ROOM 4290
880 FRONT STREET, SAN DIEGO CA 92101-8900

RE: MICHAEL STARVISH v. "ARNIE" SCHWARZENEGGER, CASE # _____    **REJECTED**
    42 U.S.C. §§ 1983, 1985, RICO W/ REQUEST FOR FED. R. CIV. P. 23(b) CLASS ACTION

GREETINGS HONORABLE JUDGE & CLERK OF THE COURTHOUSE:    "CLERK (oops)"

   I PRAY THAT THIS LETTER FINDS YOUR HONOUR AND THE HONORABLE IN GOOD HEALTH, FOR MANY MORE TERRA-EARTH YEARS, WITH GOD'S GRACE AND BLESSING.
   APPROXIMATELY THREE OR MORE WEEKS AGO I, WITH THE ASSISTANCE OF JEFF S. GOUGH (CDC # V64431), PREPARED ONE COPY OF THE ONLY AVAILABLE COPY OF THIS COURTHOUSE'S "§1983 S.D. FORM." AS THAT BOTH MR. GOUGH AND I ARE INCARCERATED WE HAVE NOT ABLE TO MAKE COPIES (AS PER THE §1983 S.D. FORM'S COVER SHEET); THE LAW LIBRARY AT DONOVAN PRISON HAS BEEN CLOSED AT THE WHIM OF DONOVAN STAFF — THIS IS PROBLEMATIC. ADDITIONALLY, THE "LITIGATION COORDINATOR" R. COBB ISSUED A MEMO DATED JANUARY 31, 2008 INFERRING THAT ANY "HANDWRITTEN" IN FORMA PAUPERIS (SUCH AS MR. GOUGH AND I SENT WITH THE ORIGINAL COPY OF THE COMPLAINT) "MAY BE REJECTED!" WITHOUT RAISING THE SUSPICION OF THE COURT NEITHER I NOR MR. GOUGH HAVE RECEIVED ANY INDICATION THAT THE CLERK AND/OR THE IN FORMA PAUPERIS CLERK/COURT RECEIVED MY SUIT ON OR ABOUT (oops) THE 24TH OF JANUARY. THIS PROBLEM OF MAIL "PERTAINING TO OPPRESSIVE" IMPEDIMENT OF OUR COURTS THROUGH THE MAIL IS ALSO PROBLEMATIC. SEE LETTER (JOINT DECLARATION OF MESSRS WHITE AND MACHADO)(01/29/08). PLEASE SEND SOME NOTIFICATION YOU RECEIVED THE LAWSUIT AND A COPY OF THE SAME BACK. PLEASE PLEASE PLEASE GOD BLESS YOU.
   MR. GOUGH RECEIVED (FINALLY) THE CASE FILE DOCUMENTS FROM PEOPLE v. GOUGH, CASE # CRN-9187 WHICH LENDS/COLLABORATES THE FACT THAT THERE ARE MANY OF US "CDC" PAROLE VIOLATORS SERVING A RETURN-TO-CUSTODY TERM BECAUSE C.D.C. STAFF FORCE US TO REGISTER P.C. §290 WHEN IN FACT WE WERE NEVER ORDERED TO BY ANY COURT AS REQUIRED BY CALIF. PENAL CODE § 290(2V2)(D)(ii) or (E). SEE CASE FILE W/ LTR OF P.J. GOUGH, CRN 9187; SEE ALSO U.S. v. GOUGH, CASE # 89-0345-GT (FED. R. CRIM. P. 32 PRESENTENCE REPORT); B.O.P. CASE FILE FOR JEFF S. GOUGH, U.S.M. # 18042-198 (NOTE NO P.C. §290 REGISTRATION REQUIRED). THE C.D.C. AND/OR B.P.T. PAROLE AGENTS ARE ARRESTING AND FALSELY IMPRISONING PAROLEES. A LOT OF US!!! I PRAY THIS MAY ASSIST THE COURT IN ITS FED. R. CIV. P. 23(b) DETERMINATION. GOD BLESS?!!!
   IF THE COURT FEELS THAT ANY FURTHER BRIEFING IS NECESSARY MR. GOUGH — HAVING BEEN THE HEAD LAW CLERK AT F.C.I. TERMINAL (CALL MS. SEIFERT) CAN AND WILL DO SO. ALTERNATIVELY, THE COURT COULD WRIT BOTH MR. STARVISH AND MYSELF OUT FOR A HEARING.
   IN CLOSING, I THANK YOUR HONOUR AND THE HONORABLE CLERKS IN ADVANCE FOR THE FOLLOWING: (1) THAT THE COURT EXCUSE THE MANNER OF THE ORIGINAL FILING PROCEDURE SOUGHT BY MR. STARVISH AND MYSELF; (2) THAT THE COURT WILL ASK THE CLERK OF THE COURTHOUSE TO SEND SOME SORT OF NOTIFICATION WITH SOME ASSURANCE WE RECEIVE IT (E.G. CERTIFIED MAIL); (3) THAT A COURT-FILED-CONFORMED COPY OF THE COMPLAINT BE SEND BACK; (4) THAT THE COURT ADD THESE DOCUMENTS TO MR. JEFF GOUGH'S DECLARATION THAT WAS PART OF ORIGINAL FILING; (4) AND THE CONSIDER CLASS CERTIFYING THIS SUIT AND POSSIBLY A THREE JUDGE PANEL.
   RESPECTFULLY SUBMITTED THIS 19TH DAY OF FEBRUARY 2008 IN THE YEAR OF MY LORDS!!!

_____ M. STARVISH    _____ JEFF S. GOUGH

P.S. SORRY FOR THE "OOPS" AS THIS IS OUR ONLY PIECE OF PAPER NOW!!! THANK-YOU!!!
THE LAW LIBRARY HAS BEEN CLOSED @ YARD 2 FOR WEEKS.