MICHAEL STARVISH
PLAINTIFF/PETITIONER/MOVANT'S NAME

F-29516
PRISON NUMBER

DONOVAN STATE PRISON
PLACE OF CONFINEMENT

P.O.B. 799002, SAN DIEGO, CALIF 92179
ADDRESS

FILED
2008 APR 17 AM 8:39
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

**NUNC PRO TUNC**
APR 15 2008

# United States District Court
## Southern District Of California

MICHAEL STARVISH,
Plaintiff/Petitioner/Movant

v.

ARNOLD SCHWARZNEGGER, et. al.,
Defendant/Respondent

Civil No. 08-0187-JM (POR)
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED **IN FORMA PAUPERIS**

I, MICHAEL STARVISH,
declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**
1. Are you currently incarcerated? ☒ Yes ☐ No    (If "No" go to question 2)
   If "Yes," state the place of your incarceration   DONOVAN STATE PRISON
   Are you employed at the institution?         ☐ Yes ☒ No
   Do you receive any payment from the institution?  ☐ Yes ☒ No
   [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

CIV-67 (Rev. 4/06)          C:\Documents and Settings\Jamiep\Local Settings\Temp\notes1C7949\jamieforms8.wpd

2. Are you currently employed? ☐ Yes ☑ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer._____
   _____
   _____

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. I HAVE SEIZURES - DUE IN PART TO MY INCARCERATION STRESS - OVER THE LAST 10 YEARS AND ONLY HAVE SUBSTANCES (???) GIVEN ME BY MY BROTHER.
   _____
   _____

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment   ☐ Yes ☑ No
   b. Rent payments, royalties interest or dividends   ☐ Yes ☑ No
   c. Pensions, annuities or life insurance            ☐ Yes ☑ No
   d. Disability or workers compensation               ☐ Yes ☑ No
   e. Social Security, disability or other welfare     ☐ Yes ☑ No
   e. Gifts or inheritances                            ☐ Yes ☑ No
   f. Spousal or child support                         ☐ Yes ☑ No
   g. Any other sources                                ☐ Yes ☑ No

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month._____
   _____
   _____

4. Do you have any checking account(s)?   ☐ Yes ☑ No
   a. Name(s) and address(es) of bank(s):_____
   b. Present balance in account(s):_____

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts?   ☐ Yes ☑ No
   a. Name(s) and address(es) of bank(s):_____
   b. Present balance in account(s):_____

6. Do you own an automobile or other motor vehicle?   ☐ Yes ☑ No
   a. Make:_____ Year:_____ Model:_____
   b. Is it financed? ☐ Yes ☐ No
   c. If so, what is the amount owed?_____

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
   ☐ Yes  ☑ No
   If "Yes" describe the property and state its value. _____
   _____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. _____ N/A

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable): ____ N/A

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]): _____ N/A

12. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you must explain the sources of funds for your day-to-day expenses. ____ N/A

**I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.**

2/21/08
_____
DATE

_____
SIGNATURE OF APPLICANT

```
REPORT ID: TS3030  .701                              REPORT DATE: 03/14/08
                                                     PAGE NO:        1
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                         R.J.DONOVAN CORR. FACILITY
                         INMATE TRUST ACCOUNTING SYSTEM
                         INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: OCT. 01, 2007 THRU MAR. 14, 2008

ACCOUNT NUMBER : F29516                  BED/CELL NUMBER: F21000000000248L
ACCOUNT NAME   : STARVISH, MICHAEL KEVIN  ACCOUNT TYPE: I
PRIVILEGE GROUP: U
                              TRUST ACCOUNT ACTIVITY
     TRAN
DATE CODE DESCRIPTION    COMMENT    CHECK NUM  DEPOSITS  WITHDRAWALS  BALANCE
----- ---- ------------- ---------- ---------- --------- ------------ ----------

10/01/2007   BEGINNING BALANCE                                           0.00

12/19 D320 TRUST FUNDS T 3088/SDCSD             50.00                   50.00
    ACTIVITY FOR 2008
01/08 FC02 DRAW-FAC 2    3402/1STF2                         50.00        0.00

                              TRUST ACCOUNT SUMMARY

  BEGINNING    TOTAL      TOTAL       CURRENT      HOLDS      TRANSACTIONS
   BALANCE   DEPOSITS   WITHDRAWALS   BALANCE     BALANCE     TO BE POSTED
  --------- ---------- ------------ ------------ ----------- --------------
      0.00      50.00       50.00       0.00        0.00          0.00


                                                         CURRENT
                                                        AVAILABLE
                                                         BALANCE
                                                        ---------
                                                           0.00
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 03-14-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY W. [signature]
TRUST OFFICE

HONORABLE CLERK  
OFFICE OF THE CLERK  
880 FRONT ST. #4290  
SAN DIEGO, CA 92101-8900  

HONORABLE JEFFREY T. MILLER  
U.S. DISTRICT JUDGE  

27 FEB 2008

RE: <u>STARVISH</u> v. <u>SCHWARZENEGGER</u>, CASE NO. 08-0187 JM (PoR)

GREETINGS: HONORABLE JUDGE AND HONORABLE CLERK:

FIRST, I PRAY THAT THIS LETTER FINDS YOU BOTH IN GOOD SPIRITS AND HEALTHY!

SECOND, HONORABLE CLERK PLEASE NOTE THAT HEREINWITH IS THE NEW FORM MOTION TO PROCEED IN FORMA PAUPERIS AS INSTRUCTED BY JUDGE MILLER IN HIS ORDER OF 02/19/2008; WE THE UNDERSIGN PRAY TO HAVE FULLY COMPLIED WITH THE COURT'S <u>VERY</u> KIND INSTRUCTION/ADMONISHMENT. YOU MAY HAVE NOTE A PREVIOUS CORRESPONDENCE TO YOU AND/OR THE COURT SEEKING A STATUS OF THIS CASE WITH OTHER PAPERS, INCLUDING ONE BY MY <u>JOHNSON V. AVERY</u>, 89 S.Ct. 747 (1969) PRISONER-ASSISTANT, JEFF S. GOUGH (CDC #V64431) (DOCUMENT w/EXHIBITS SUPPORTING F.R.CIV.P. 23(b) CLASS ACTION CERTIFICATION). IN THIS REGARD, THEIR ARE MANY FELLOW-INMATES ON THE "PROTECTIVE CUSTODY" YARD AT DONOVAN PRISON WHO — DUE TO THE ASSOCIATED CIRCUMSTANCES OF CAL. PENAL CODE §290 SEX OFFENDER STATUS — ARE SILENTLY PRAYING FOR CLASS ACTION CERTIFICATION TO COMPEL THE CDC/BPT AND/OR THE STATE'S DEPT. OF JUSTICE TO REMOVE THE "STIGMA" OF THE UNLAWFUL AND UNCONSTITUTIONAL IMPOSED P.C. §290 REGISTRATION REQUIREMENT; THIS IS ESPECIALLY TRUE IN PRISON.

THIRDLY, I, MR. STARVISH, WOULD ASK THAT THE HONORABLE COURT ISSUE AN INSTRUCTION (I.E., ORDER) TO THE HONORABLE CLERK TO COPY AND MAIL SAME TO ME. I ASK THIS BECAUSE AS THE COURT/CLERK MAY NOTE I WAS COMPELLED TO SEND THE ONLY COPY (I.E., ORIGINAL) WITHOUT KEEPING ONE. THIS WAS BECAUSE THE LAW LIBRARY HAS BEEN <u>CLOSED</u> FOR TWO WEEKS WITHOUT ANY PERCEIVABLE REASON: THE NORMAL YARD ACTIVITIES HAVE BEEN OPERATING. ERGO, I AM UNABLE TO DO ANY COPYING. I THANK-YOU IN ADVANCE.

LASTLY AND IN CLOSE: I WANT TO THANK YOU FOR TAKING THE TIME TO READ AND CONSIDER THESE MATTERS.

RESPECTFULLY REQUESTED AND SUBMITTED THIS 27th DAY OF FEBRUARY, 2008, IN THE YEAR OF MY LORD JESUS, de NAZARATH, el GALILEAN, de JUDAH, THE CHRIST.

_____  &  _____  
M. STARVISH, PLAINTIFF           J. GOUGH, FRIEND OF COURT

P.S. MR STARVISH JUST WAS ABLE TO SUBMIT THE "INMATE TRUST CERTIFICATION" ALTHOUGH HE HAS BEEN ATTEMPTING TO OBTAIN SAME FOR MORE THAN TWO WEEKS. THIS IS A PATTERN OF THE CDC'S CONSTRUCTIVE ATTEMPTS TO DENY, HINDER, AND/OR IMPEDE ANY SUIT AGAINST THE CDC. NOTED AS DATED THIS 7 DAY OF MARCH, 2008