ORIGINAL

1  MICHAEL STARVISH
   CDCR # F-29516
2  P.O.B. 799002 (F2-10-248L)
   SAN DIEGO, CALIF. 92179-9002

3

4

5  JEFF S. GOUGH ①
   CDCR # V64431
6  P.O.B. 799002 (F2-10-248U)
   SAN DIEGO, CALIF. 92179-9002

FILED
2008 APR 17 AM 8:41
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___RM___ DEPUTY

NUNC PRO TUNC
APR 15 2008

8         UNITED STATES DISTRICT COURT
9         SOUTHERN DISTRICT OF CALIFORNIA

10

11 MICHAEL STARVISH,                    CASE NO. 08-0187-JM-POR

12      PLAINTIFF-APPLICANT,

13   VS.                                EX PARTE APPLICANT FOR ORDER TO
                                        DIRECT THE U.S. MARSHALL TO SERVE
14 ARNOLD SCHWARNEGGER, GOVERNOR;       THE SUMMONS AND COMPLAINT
   ROBERT TILLMAN, DIRECTOR OF CDC;
15 GREG SEWELL, ROBERT MUNOZ, BPT
   PAROLE AGENTS; L. LUGWIG, PUBLIC
16 DEFENDER; K. FLEMING, BPT DEPUTY
   COMMISSIONER,
17

18       DEFENDANTS-RESPONDENTS

19

20      COMES NOW YOUR PLAINTIFF-APPLICANT, MICHAEL STARVISH, IN PROPRIA PERSONA,
21 WITH THE ASSISTANCE OF JEFF S. GOUGH (SEE JOHNSON V. AVERY, 89 S.CT. 747 (1969)),
22 HEREBY RESPECTFULLY MOVING, EX PARTI, THE HONORABLE COURT FOR AN ORDER THEREIN
23 INSTRUCTING THE U.S. MARSHALLS TO SERVE COPIES OF THE SUMMONS AND COMPLAINT
24 ON THE NAMED DEFENDANTS DIRECTLY AND/OR UPON THE COURT'S INDICATE "ATTORNEY
25 GENERAL." SEE BOUDETTE V. BARNETTE, 923 F2d 754, 757 (CA9 1991); F.R.CIV.P. 4(c)(2).
26      RESPECTFULLY REQUESTED AND SUBMITTED THIS _11_ DAY OF MARCH, 2008, IN THE
27 YEAR OF OUR LORD JESUS, de NAZARETH, el GALILEAN, de JUDAH, el CHRIST ¢ MESSIAH,
28 _[signature]_, PLAINTIFF-APPLICANT AND _[signature]_, LEGIST. ①