# II

## STATEMENT OF THE CASE/FACTS.

2. PLAINTIFF AVERS THE FOLLOWING FACTS:

3. PLAINTIFF WAS ARRESTED BY BPT COMMUNITY PAROLE AGENT GREG SEEWELL ON 18 DECEMBER 2007 WITH THE ASSISTANCE OF THE SAN DIEGO SHERIFF'S DEPARTMENT AND/OR MEMBER(S) OF SO-CALLED "KURTZ STREET" PAROLE OFFICE.

4. ON THE 3rd OF JANUARY, 2008, DEFENDANT ONLY BRIEFLY (LESS THAN 5 MINUTES) CONVERSED WITH PLAINTIFF. THE ONLY SUBJECT THAT DEFENDANT WOULD DISCUSS WAS A TEN MONTH WITH HALF-TIME ELIGIBILITY.   PLAINTIFF FIRMLY REFUSED THIS OFFER OUTRIGHT DUE TO HIS INNOCENCE.

5. DURING THIS JANUARY 3rd MEETING WITH THE SO-CALLED "BASIC NEED" ATTORNEY, DEFENDANT RODRIGUEZ, AND PLAINTIFF YOUR PLAINTIFF PROVIDED A FINAL DRAFT OF A DOCUMENT THAT CAN BE DESCRIBED AS A "REQUESTS TO ATTORNEY" WHICH LISTED VARIOUS COURT-FILED DOCUMENTARY EVIDENCE THAT PLAINTIFF WOULD ARGUE AND SUBMIT TO THE "PROBABLE CAUSE" HEARING OFFICER. THESE DOCUMENTS WOULD HAVE BEEN "A COMPLETE DEFENSE TO THE CHARGE []" OF ANY PENAL CODE § 290 SEX OFFENDER— ASSOCIATED SPECIAL CONDITIONS OF PAROLE VIOLATIONS. SEE EXHIBIT "A" (CDC 1502(b) "CHARGE REPORT" BY GREG SEEWELL (12-18-07); SEE EXHIBIT "B" (LETTER DATED 01/05/08 TO CLERK OF COURTHOUSE RECEIVED BACK 01/16/08 RE PEOPLE V. GOUGH, CASE NO. CRN-9187, COURT DOCUMENTS RE "1984" NOLO CONTENDRE MISDEMEANOR CONVICTION WITHOUT NO P.C. § 290 REGISTRATION REQUIREMENT NOTED AT LEAST 3 OR DOCUMENTS); SEE ALSO EXHIBIT "C" ("REQUESTS TO ATTORNEY" (ROUGH DRAFT W/FINAL TO DEFENDANT); EXHIBIT "D" ( BPT 1100 "NOTICE OF PAROLE REVOCATION RIGHTS AND ACKNOWLEDGEMENT" (12/19/07)).

6. ON JANUARY 4, 2008, PLAINTIFF HAD HIS "PROBABLE CAUSE HEARING" WITH DEFENDANT WHO HAD NOT MADE THE LEAST EFFORT TO OBTAIN ANY REQUESTED DOCUMENTATION (EXHIBIT "B") TO SUBMIT AS A DOCUMENTARY DEFENSE TO THE P.C. § 290-RELATED SPECIAL CONDITIONS VIOLATIONS PER "BULLET" 5 OF EXHIBIT "D". IN ADDITION, DEFENDANT NEITHER DEFEND OR PROTECT HIS CLIENT FROM THE ABUSIVE

1  BEHAVIOR OF THE PRESIDING DEPUTY COMMISSIONER IN RE PLAINTIFF'S "TARGET VICTIM"

2  STATUS AND SPECIAL NEEDS. SEE EXHIBIT "C" (NOTE WEBSITES AND INDIVIDUALS TO CONTACT).

3      7. ON 8 JANUARY 2008 PLAINTIFF SOUGHT "IMMEDIATE REPLACEMENT" OF THE

4  DEFENDANT-ATTORNEY RODRIGUEZ VIA THE ONLY WAY HE COULD UNDER AND DUE TO HIS

5  THEN CUSTODY CONDITIONS AND CIRCUMSTANCES HE WAS SUFFERING AND LABORING UNDER,

6  TO WIT: NO ACCESS TO ENVELOPES, CANTEEN TO PURCHASE POSTAGE, OR TELEPHONE ACCESS EVEN

7  IF DEFENDANT HAD PROVIDED A TELEPHONE NUMBER OR OTHER CONTACT INFORMATION. SEE

8  EXHIBIT "E" ( CDC 602 FORM (01/08/08) RECEIVED BY CDC/BPT PRISON AUTHORITIES ON 01/10/

9  08 AND RETURNED BACK TO PLAINTIFF ON OR ABOUT 01/16/08).

10      8. ON THIS SAME DAY, JANUARY 8TH, PLAINTIFF ATTEMPTED THROUGH DONOVAN

11  STATE PRISON'S ADMINISTRATIVE APPEALS PROCEDURES TO COLLATERALLY CHALLENGE THE

12  PENAL CODE § 290 REGISTRATION REQUIREMENT IMPOSED ON PLAINTIFF ON OR BEFORE

13  PLAINTIFF'S ARREST ON 18 DECEMBER 2007. SEE EXHIBIT "F" ( CDC 602 FORM (01/08/08)

14  RECEIVED BY CDC / BPT PRISON AUTHORITIES ON 01/10/08 AND RETURNED BACK TO PLAINTIFF

15  ON OR ABOUT 01/16/08).

16      9. ON 18 JANUARY 2008 PLAINTIFF WAS BROUGHT BEFORE BPT DEPUTY COMMISSIONER

17  KEITH BAKER WITH THE FOLLOWING INDIVIDUALS PRESENT: BPT COMMUNITY PAROLE AGENT

18  GREG SEWELL, BATTERY ALLEGER RICHARD OVERTON AND BPT "BASIC NEEDS" ATTORNEY-

19  DEFENDANT RODRIGUEZ.

20      10. DURING THE VERY ONSET OF THIS JANUARY 18TH PAROLE REVOCATION HEARING

21  DEFENDANT RODRIGUEZ INFORMED PLAINTIFF HE HAD NOT:

22      10.A OBTAINED OR NOTIFIED ANY WITNESSES THAT PLAINTIFF HAD CLEARLY

23  REQUESTED WITH A PROFFER OF EXPECTED TESTIMONY (SEE EXHIBIT "G" (BPT 1100(b)

24  "REQUEST FOR WITNESSES)); CE EXHIBIT "H" (CDCR 1654 "PAROLE REVOCATION HEARING

25  NOTICE AND WITNESS DETERMINATION");

26      10.B. OBTAINED ANY DOCUMENTATION THAT PLAINTIFF HAD CLEARLY REQUESTED

27  ( SEE EXHIBIT "C" (REQUESTS TO ATTORNEY)'S CE EXHIBIT "D" (CDC 602 FORM);

28      10.C OBTAINED OR CONDUCTED ANY INVESTIGATIVE EVIDENCE AND/OR INFORMA-

1  TION THAT AN REASONABLE ATTORNEY WOULD HAVE DEEMED NECESSARY TO PREPARE

2  AND PUT-UP A DEFENSE FOR PLAINTIFF.

3      11.  DEFENDANT REFUSED TO INFORM THE DEPUTY COMMISSIONER BAKER

4  THAT PLAINTIFF HAD "FIRED" HIM AT THE VERY OUTSET OF THE TRIAL.

5      12.  WHEN PLAINTIFF SHOWED DEFENDANT EXHIBIT "E"; THIS ONLY MADE

6  THE DEFENDANT VERY MAD AND STEADFAST IN HIS REFUSAL TO TERMINATE, ON THE

7  PLAINTIFF'S REQUEST, THE ATTORNEY-CLIENT RELATIONSHIP.

8      13.  DEFENDANT DURING THE COURSE OF THE REVOCATION TRIAL REFUSED TO

9  ACCEPT FROM PLAINTIFF ANY DOCUMENTATION REGARDING THE PENAL CODE §290-

10  RELATED CHARGES. THESE DOCUMENTS WERE DISPOSITIVE OF ONE THE TWO ALLEGA-

11  TIONS. SEE EXHIBIT "A" (CHARGE SHEET); EXHIBIT "B" (CASE FILE RE "1984" CASE

12  WHICH THE DEPUTY COMMISSIOR BAKER AND PAROLE AGENT GREG SEWELL BOTH

13  AGREED WAS THE P.C. §290 REGISTRATION CONVICTION); EXHIBIT "I" (REVOCATION

14  HEARING STATEMENT W/OBJECTIONS, W/SEWELL QUIRIES, W/ARGUMENT RE CHARGES RE

15  AT "I"-2 ARGUMENTATION RE P.C.§290-RELATED CHARGE); CE EXHIBIT "J" (TIME-

16  LINE RE P.C.§290 HISTORY AND T.R.O.).

17      14.  DEFENDANT DURING THE COURSE OF THE REVOCATION TRIAL REFUSED

18  TO ACCEPT FROM PLAINTIFF ANY DOCUMENTATION REGARDING THE PART OF THE

19  TRIAL DEALING WITH THE ALLEGED "BATTERY." THESE DOCUMENTS WERE IN

20  REGARDS-TO THE T.R.O. INITIATED BY PLAINTIFF AGAINST THE ALLEGED VICTIMS

21  GIRLFRIEND AND WHICH INCLUDED THE ALLEGED VICTIM. DURING THE TRIAL THE

22  ALLEGED VICTIM & PERJURIED HIMSELF ON SEVERAL OCCASSIONS AND THESE DOCUMENTS

23  AMONG OTHERS WOULD SUBSTANTIATE THIS ALLEGATION. SEE EXHIBIT "K"

24  (CH-120 NOTICE OF HEARING AND TEMPORARY RESTRAINING ORDER (11/19/07));

25  EXHIBIT "L" (ATTEMPTED "CROSS"-TRO BY MS. ARCHER & MR. OVERTON; CH-120 @ K-3,5

26  @ P 15; CE EXHIBIT "I" EN TOTO; CE. EXHIBIT "J" (TIMELINE CHART).

27      15.  IN ADDITION TO THE DOCUMENTATION IN P 14, SUPRA, PLAINTIFF ALSO

28  ATTEMPTED TO PROVIDE EXHIBIT "M" WHICH WAS AN EARLIER CDC 1502 (b)

1  CHARGE SHEET WHICH WAS REFERRED TO THE BOARD OF PRISON TERMS REVOCATION

2  DEPUTY COMMISSIONER _____. PLAINTIFF WAS IN NON-CUSTODY STATUS

3  STATUS AND FREELY WENT TO THE REVOCATION HEARING. AT THE HEARING PAROLE

4  AGENT BRIZUELA ARGUE FOR PLAINTIFF TO THE DEPUTY COMMISSIONER THAT THE

5  DOCUMENTATION FROM PEOPLE √ GOUGH, CASE NO. CRN-9187 REGARDING THE FACT

6  PLAINTIFF WAS NEVER COURT-ORDERED TO COMPLY WITH PENAL CODE § 290 AND

7  ERGO THERE WAS NO GROUNDS TO FIND HIM GUILTY OF A VERY SERIOUS

8  VIOLATION OF LAW. THE CHARGE AND ALLEGATION WERE DISMISSED. SEE CDC 1244.

9      16. DEFENDANT DID NOT DISCUSS NOR MEET WITH (POST-TRIAL) PLAINTIFF

10  AFTER THE REVOCATION TRIAL/HEARING TO DISCUSS:

11      16.A  ANY APPEAL OF ANY FINDINGS OF FACTS;

12      16.B  ANY ADVERSE CONCLUSIONS OF LAW; AND/OR

13      16.C  ANY APPEAL PROCEDURES RE ANY DISFAVORABLE DECISIONS.

14      17. DEFENDANT WAS OBLIGATED TO DISCUSS ¶ 16, SUPRA, PER ANY

15  CALIFORNIA PAROLE ADVOCACY PROGRAM POLICY OR POLICIES. SEE EXHIBIT "N"

16  (BUSINESS REPLY MAIL/CARD).

17      18. DEFENDANT'S PERFORMANCE AS AN ATTORNEY IS GUIDED-BY AND

18  GOVERNED BY THE CRITERIA ANNOUNCED IN STRICKLAND √ WASHINGTON, 488 466

19  U.S. 668 (1984), FOR PURPOSES OF PRE- AND DURING THE PAROLE VIOLATION

20  TRIAL/HEARING.

21      19. DEFENDANT'S POST-TRIAL/HEARING PERFORMANCE AS AN ATTORNEY

22  IS GOVERNED BY LOZADA √ DEEDS, 498 U.S. 430 (1991) ON ANY ADVERSE RULINGS,

23  WHETHER REGULATORY OR OF CONSTITUTIONAL MAGNITUDE.

24      20. THIS CIVIL ~~MALPRACTICE~~ MALPRACTICE SUIT IS A JURY-DEMAND SUIT

25  PER THE SEVENTH AMENDMENT OF THE U.S. CONSTITUTION'S GUARANTEE TO

26  JURY TRIAL ON ISSUES OF DISPUTED FACTS.

27

28

## III.

### CLAIMS FOR RELIEF

21. PLAINTIFF CLAIMS THE HEREUNDER CLAIMS FOR RELIEF.

### A.

22. <u>DEFENDANT'S FAILURE TO PROVIDE ENOUGH TIME TO DISCUSS THE CASE AND AVAILABLE "DOCUMENTATION" PRIOR TO THE "PROBABLE CAUSE HEARING" WAS MALPRACTICE</u>

23. PLAINTIFF INCORPORATES BY REFERENCE P;P 1-20, SUPRA, AND REALLEGES AND FURTHER CLAIMS THAT THE DEFENDANT'S UTTER DISREGARD TO THE REGULATORY AND/OR CONSTITUTIONALLY-BASED PROVISIONS AND/OR ENTITLEMENTS AND/OR RIGHTS EMBODIED WITHIN THE BPT'S "NOTICE OF PAROLE REVOCATION RIGHTS AND ACKNOWLEDGE MENT," BULLETS ## 2,3,4,5, AND/OR 9. SEE EXHIBIT "D" (BPT 1100 FORM OF SAME NAME (12/19/07)).

24. PLAINTIFF ERGO CLAIMS THE FAILURE OF DEFENDANT OF NOT PROVIDING ENOUGH TIME TO DISCUSS AND CONFER THE FACTS AND LEGAL CASE FACTORS WITH ADEQUATE TIME TO INVESTIGATE AND PREPARE A DOCUMENTED AND LEGAL DEFENSE TO CHARGE TWO'S ALLEGATIONS IS LEGAL MALPRACTICE, DEFICIENT ASSISTANCE OF COUNSEL DURING THIS QUASI-CIVIL/CRIMINAL TRIAL/ HEARING.

25. PLAINTIFF THUSLY ASSERTS THAT THE DEFENDANT HAS NO COLORABLE OR AFFIRMATIVE DEFENSE(S)i COMMON LAW JUDGEMENT-ON-THE PLEADING(S) IS WITHIN THE REACH OF THIS VERIFIED COMPLAINT (I.E., CLAIM FOR RELIEF) DURING THE PLEADING STAGE OF THIS CIVIL LEGAL MALPRACTICE SUIT.

## B.

26. DEFENDANT'S FAILURE TO MEET WITH PLAINTIFF POST-PROBABLE CAUSE HEARING TO DISCUSS THE CASE FACTOR, NEW DOCUMENTATION, AND/OR PLAINTIFF'S "REQUESTS TO ATTORNEY" PRIOR TO THE "REVOCATION" TRIAL WAS MALPRACTICE.

27. PLAINTIFF INCORPORATES BY REFERENCE ¶¶ 1-20, SUPRA, AND CLAIM FOR RELIEF "A," SUPRA, WHERE RELEVANT AND APPLICABLE.

28. PLAINTIFF FURTHER AVERS THAT BULLET 6 (EXHIBIT "D") REQUIRES THAT THE DEFENDANT MEET WITH PLAINTIFF TO DISCUSS THE ONGOING STATUS OF PLAINTIFF'S "REQUESTS TO ATTORNEY" (SEE EXHIBIT "C") PRIOR TO THE "REVOCATION" TRIAL.

29. PLAINTIFF ERGO CLAIMS THE FAILURE OF THE DEFENDANT OF NOT MEETING WITH PLAINTIFF PRIOR TO THE "REVOCATION" TRIAL TO INFORM HIM OF THE STATUS OF THE DEFENSE PREPARATION IS LEGAL MALPRACTICE, DEFICIENT ASSISTANCE OF COUNSEL DURING THIS QUASI-CIVIL/CRIMINAL TRIAL.

30. PLAINTIFF THUSLY CLAIMS THAT THE DEFENDANT HAS NO COLORABLE OR ANY AFFIRMATIVE DEFENSE(S)S COMMON LAW JUDGEMENT-ON-THE-PLEADING(S) IS WITHIN THE REACH OF THIS VERIFIED COMPLAINT (I.E. CLAIM FOR RELIEF) DURING THE PLEADING STAGE OF THIS CIVIL LEGAL MALPRACTICE SUIT.

## C.

31. DEFENDANT'S FAILURE TO ENSURE THE EVIDENCE WAS DISCLOSED IS MALPRACTICE.

32. PLAINTIFF INCORPORATES BY REFERENCE ¶¶ 1-20, SUPRA, AND CLAIMS FOR RELIEF "A" AND "B," SUPRA, WHERE RELEVANT AND APPLICABLE.

33. PLAINTIFF SPECIFICLY ASSERTS THAT THE DEFENDANT NEVER HAD ANY TANGIBLE EVIDENCE PRODUCED FOR INSPECTION, DISCUSSION, ARGUMENTATION, AND/OR INTRODUCED INTO EVIDENCE BEFORE THE BPT DEPUTY COMMISSIONER AT THE "REVOCATION" TRIAL.

34. PLAINTIFF ERGO CLAIMS THE FAILURE OF THE DEFENDANT OF NOT HAVING THE TANGIBLE EVIDENCE OF CHARGE AND ALLEGATIONS OF THE NUMBER TWO OF THE CHARGING DOCUMENT (EXHIBIT "A") WAS LEGAL MALPRACTICE, DEFICIENT ASSISTANCE OF COUNSEL DURING THIS QUASI-CIVIL/CRIMINAL TRIAL.

35. PLAINTIFF THUSLY ASSERTS THAT THE DEFENDANT HAS NO COLORABLE OR AFFIRMATIVE DEFENSE(S); COMMON LAW JUDGEMENT-ON-THE PLEADINGS IS WITHIN THE REACH OF THIS VERIFIED COMPLAINT (I.E., CLAIM FOR RELIEF) DURING THE PLEADING STAGE OF THIS CIVIL LEGAL MALPRACTICE SUIT.

D.

36. DEFENDANT FAILED TO SUBPOENA OR NOTIFY ANY OF PLAINTIFF'S WITNESSES

37. PLAINTIFF INCORPORATES BY REFERENCE ¶¶ 1-20, SUPRA, AND CLAIMS FOR RELIEF "A," "B," "C," SUPRA, WHERE RELEVANT AND APPLICABLE.

38. PLAINTIFF SPECIFICALLY INCORPORATES EXHIBIT "H"'S BULLET #11 WHERE YOUR PLAINTIFF HAD THE REGULATORY AND/OR CONSTITUTIONALLY-BASED PROVISION AND/OR AND/OR ENTITLEMENT AND/OR RIGHTS EMBODIED THEREIN.

39. PLAINTIFF ERGO CLAIMS THE FAILURE OF THE DEFENDANT NOT TO CONFER AND/OR DISCUSS THE NECESSITY OF THE REQUESTED WITNESSES (EXHIBIT "G") WAS ESPECIALLY AGGRAVATED BY PLAINTIFF'S WRITTEN PROFFER OF WHAT HE WOULD QUIRY THE PRECIPIENT WITNESSES (EXHIBIT "I"). THIS WAS LEGAL MALPRACTICE.

40. ADDITIONALLY, DEFENDANT'S COMPLETE FAILURE TO USE THE VARIOUS NOTIFICATION METHODS AVAILABLE TO HIM (EXHIBIT "J"), DEFENDANT SIMPLY REFUSED OR FAILED TO ASSIST PLAINTIFF WITH OBTAINING CRITICAL WITNESSES AS HE WAS LED TO BELIEVE PER EXHIBIT "H" @ BULLETS 7, 11. THIS FAILURE WAS LEGAL MALPRACTICE.

41. PLAINTIFF THUSLY ASSERTS THAT THE DEFENDANT HAS NO COLORABLE OR AFFIRMATIVE DEFENSE(S); COMMON LAW JUDGEMENT-ON-PLEADINGS IS WITHIN THE REACH OF THIS VERIFIED COMPLAINT (I.E., CLAIM FOR RELIEF) DURING THE PLEADING STAGE OF THIS CIVIL LEGAL MALPRACTICE SUIT.

E.

42. DEFENDANT HAS NOT CONTACTED PLAINTIFF REGARDING THE APPEAL

43. PLAINTIFF INCORPORATES BY REFERENCE PP 1-20, SUPRA, AND CLAIMS FOR RELIEF "A," "B," "C" AND "D", SUPRA, WHERE RELEVANT AND APPLICABLE.

44. PLAINTIFF ERGO CLAIMS THAT BECAUSE DEFENDANT OUTRIGHT REFUSE TO TERMINATE THE ATTORNEY-CLIENT RELATIONSHIP PRIOR TO THE "REVOCATION" TRIAL (EXHIBIT "E"); AND/OR

45. AT THE TIME OF THE ONSET OF THE "REVOCATION" HEARING WHEN PLAINTIFF CLEARLY INFORMED THE DEFENDANT HE HAD FILE EXHIBIT "E" THE DEFENDANT COMMITTED CIVIL LEGAL MALPRACTICE: HE REFUSED TO BE "FIRED."

46. PLAINTIFF WOULD ALSO ALLEGE THAT DEFENDANT THROUGH SUBTLE ATTORNEY WICK EFFORTS SABOTAGED THE ENTIRE ADVESARY PROCEEDING TO PLAINTIFF'S PREJUDICE.

47. AFTER THE "REVOCATION" TRIAL DEFENDANT HAS MADE NO EFFORT TO CONTACT PLAINTIFF AND PLAINTIFF HAS NOT BEEN ABLE TO CONTACT HIM BECAUSE HE NEVER PROVIDED A TELEPHONE NUMBER DIRECTLY TO PLAINTIFF OR AN ADDRESS.

48. PRIOR TO MARCH 4, 2008, PLAINTIFF PATIENTLY AWAITED SOME CONTACT FROM THE DEFENDANT. UNDER PLAINTIFF'S CUSTODIAN STATUS HE WAS NOT ABLE TO DETERMINE WHAT TO DO REGARDING AN APPEAL. HE CONTACTED AN ADDRESS OF THE CDC/BPT NAMED "CALIFORNIA PAROLE ADVOCACY PROGRAM" WITH EXHIBITS "A" THRU "M" WITH A COVER LETTER. THE McGEORGE SCHOOL OF LAW CALIFORNIA PAROLE ADVOCACY PROGRAM RESPONDED IN A LETTER (EXHIBIT "O") STATING, IN ESSENCE, THAT DEFENDANT AND HIS CDC/BPT'S EMPLOYER DUMPED HIM.

49. PLAINTIFF THUSLY ASSERTS THAT THE DEFENDANT HAS NO COLORABLE OR AFFIRMATIVE DEFENSE(S); COMMON LAW JUDGEMENT-ON-THE-PLEADING IS WITHIN THE REACH OF THIS VERIFIED COMPLAINT DURING THE PLEADING STAGE OF THIS CIVIL LEGAL MALPRACTICE SUIT.

## IV.

## PRAYER

50. PLAINTIFF PRAYS FOR DECLARATORY RELIEF, FOR COSTS OF SUIT; FOR SUCH RELIEF AS IS FAIR, JUST, AND EQUITABLE; AND FOR;

51. COMPENSATORY DAMAGES IN THE AMOUNT OF $180,000.00

52. PUNITIVE DAMAGES IN THE AMOUNT OF $540,000.00 OR ACCORDING TO PROOF

53. CONSEQUENTIAL DAMAGES IN AMOUNT OF +/- $100,000.00

## V.

## VERIFICATION

54. I, JEFF S. GOUGH, DECLARE AND SAYTH: PARAGRAPHS 1 THRU 20 AND 44 THRU 49 ARE TRUE AND CORRECT PER PENAL CODE § 118(2) AND 28 U.S.C. § 1446(2) TO THE BEST OF MY PERSONAL KNOWLEDGE.

55. DATED AND SUBMITTED THIS 14TH DAY OF MARCH, 2008, IN THE YEAR OF MY LORD JESUS, de NAZARETH, el GALILEAN, de JUDAH, el CHRIST ¶ MESSIAH.

JEFF S. GOUGH – COMPLAINTANT

10.

STATE OF CALIFORNIA
**CHARGE REPORT**
CDC 1502 (b) (07/04)

DISTRIBUTION:
ORIGINAL - C-File
1ST COPY – Field File.
2ND COPY – Parolee

DEPARTMENT OF CORRECTIONS

REPORT TO:    [X] BOARD OF PRISON TERMS

COPY

| CDC NUMBER | NAME (LAST, FIRST, MI) | NAME BOOKED AS | REGION/UNIT | |
|---|---|---|---|---|
| V64431 | GOUGH, JEFFREY | SAME | IV/SDI | |
| ARREST DATE | ARRESTING AGENCY | BPT REFERRALS: | | BOOKING NUMBER AND/OR LOCATION |
| 12-18-07 | STATE PAROLE | MANDATORY  [X] NON-MANDATORY | | 7792847/SD CENTRAL JAIL |

| ARREST CODE | * ARREST CODES: | | |
|---|---|---|---|
| AB | A  P&CSD STAFF ALONE<br>AB  P&CSD ASSISTED BY LAW ENFORCEMENT AGENCY | B  LAW ENFORCEMENT AGENCY ALONE<br>D  LAW ENFORCEMENT AGENCY WITH INFORMATION FROM P&CSD | |

| HOLD DATE | DISCOVERY DATE | HOLD REMOVED DATE | AGENT OF RECORD | CONTROLLING DISCHARGE DATE | DISCHARGE REVIEW DATE | IMMINENT DISCHARGE |
|---|---|---|---|---|---|---|
| 12-18-07 | 12-18-07 | INTACT | SEWELL | 11-08-08 | 11-08-08 | |

| CHARGES AND CODES | CHARGES AND CODES |
|---|---|
| 1.  Battery without serious injury (451) | 4. |
| 2.  Violation of special condition for possession of porn DVD's (019) | 5. |
| 3.  Violation of special condition for possession of toys (019) | 6. |

| REASON FOR RETAINING PAROLE HOLD: PAROLEE DANGER TO: | DATE COPY GIVEN TO PAROLEE | NAME OF PERSON NOTICING PAROLEE |
|---|---|---|
| [ ] ABSCOND  [ ] SELF  [ ] PROPERTY-OTHERS  [ ] SAFETY-OTHERS | | |

On 12-17-07, the Agent of Record received a call from one of the subject's neighbors, who informed the Agent that the subject had recently committed a battery against him by hitting him in his face.

On 12-18-07, Officers from State Parole and the San Diego Police Department contacted the subject at his residence and conducted a parole search. During the search of the subject's residence, Parole Agents found two adult pornographic DVD movies in a dresser in an upper bedroom.  Inside another upper bedroom, Agents found two toy stuffed animals on a desk.  It is noted that the subject is a PC290 registrant and has special conditions of parole not to possess pornographic material or toys.

PAROLE AGENT'S RECOMMENDATION:
Retain hold, agent to investigate.

| PAROLE AGENT'S SIGNATURE | DATE |
|---|---|
| SEWELL | 12-18-07 |

| UNIT SUPERVISOR'S ACTION | | RELEASE HOLD AS OF (DATE): | | |
|---|---|---|---|---|
| [X] DECISION  [ ] REVIEW  [X] RETAIN HOLD | | [ ] | [ ] CANCEL WARRANTS — WANTS | |
| [ ] CONTINUE ON PAROLE  [ ] CONTINUE IN OUT PATIENT STATUS | | *DISCHARGE EFFECTIVE (DATE): [ ] | [ ] RETAIN ON | |
| REINSTATE ON PAROLE AS OF (DATE): [ ] | TIME LOSS [ ]<br>NO TIME LOSS [ ] | SUSPEND/REINSTATE IN OPS AS OF (DATE): [ ] | REFER TO BPT/NAEA [ ] | INVESTIGATE, SUBMIT APPROPRIATE REPORT BY (DATE): [ ] |
| SPECIAL CONDITION(S): | | | [ ] ADD | [ ] DELETE |

UNIT SUPERVISOR'S COMMENTS/RECOMMENDATION

| | UNIT SUPERVISOR'S SIGNATURE | DATE |
|---|---|---|
| [X] I HAVE LOOKED AT THE INFORMATION, I BELIEVE THERE IS PROBABLE CAUSE TO MAINTAIN THE PAROLE HOLD | | 12-18-07 |

PAROLE ADMINISTRATOR'S COMMENTS/DECISION

| | FIELD ADMINISTRATOR'S SIGNATURE | DATE |
|---|---|---|
| [ ] REFER TO BPT/NAEA  [ ] *DISCHARGE EFFECTIVE DATE | | EX 51 |

"A"

JEFFREY GOUGH V64431
P.O. BOX 799002  F2-6-107L
SAN DIEGO, CA 92179-9002

H00694
CRN9187
MicroFilm

O: HONORABLE CLERK (CRIMINAL/ACHIVE)
   325 S. MELROSE DRIVE,
   VISTA, CAL. 92083-6627

E: PEOPLE V. JEFF S. GOUGH, CRIM, CASE # ___CRN9181___ , S.S.# 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
                        /    1984                           D.O.B. 02-05-56
          STANLEY

UB. REQUEST FOR CRITICAL DOCUMENTATION

GREETINGS HONORABLE CLERK (CRIMINAL/ARCHIVES):

I AM PRESENTLY IN A VERY DIFFICULT SITUATION — IN CUSTODY. I AM IN THIS
PRESENT SITUATION FOR LACK OF A CRITICAL DOCUMENTATION. SPECIFICALLY
I NEED DOCUMENTATION FROM A 1984 CASE IN THE ABOVE CRIMINAL MATTER.
REGARDING THE SENTENCE I RECEIVED: PROBATION FOR A MISDEMEANOR
SEXUAL BATTERY CHARGE, WITH NO PENAL CODE § 290 REGISTRATION REQUIRE-
MENT. I BELIEVE IT WAS MEMORALIZED IN BOTH A "CHANGE OF PLEA" JUDICIAL COUNCIL
FORM AND WHAT I HAVE CALLED A "JUDGEMENT" OR "MINUTE ORDER" OF
THE SENTENCE IMPOSED. AS THAT I AM PRO PER, IN CUSTODY, AND WITHOUT
THE PRESENT ABILITY TO PAY THE COPY COST AND MAILING I ASK — IN THE
NAME OF JESUS — THAT YOU PLEASE MAIL THESE DOCUMENTS TO ME AT THE
ABOVE ADDRESS. IF YOU WOULD PLEASE DO THIS I VOW UNTO MY LORDS TO
PAY UPON MY RELEASE (APPROXIMATELY 3 WEEKS) IF YOU CAN PLEASE DO ME THIS
REASONABLE REQUEST. I THANK-YOU IN ADVANCE FOR ANY ASSISTANCE.
                                                            "B-1
SINCERELY YOURS,  Jeff S. GOUGH     God Bless!  THANK-YOU!   EX272
                                                            "B-1

NOTE! √CLERK POST-1/5/8
1/16/08 RECEIVED!

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO

9187

DATE: 07-21-86      09:00      AT: B4140332 M      REVIEW HEARING

PRESENT: HON. HERBERT B. HOFFMAN      JUDGE PRESIDING/DEPARTMENT      D

CLERK:                REPORTER: M. Rentsria

THE PEOPLE OF THE STATE OF CALIFORNIA
                    vs.
DOE, JEFF      DEFENDANT      DEPUTY DISTRICT ATTORNEY

                    ATTORNEY FOR DEFENDANT (APPT/RETAINED)

PLEAS/CHARGE: PC 243.4

CRIMINAL MINUTES - PRONOUNCEMENT OF JUDGMENT

CREDIT FOR TIME SERVED

WARRANT ISSUED  BAIL $ 5,000
NO BAIL ( )

DATA ENTRY CLERK

B-2

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO

F I L E D
OCT 3 0 1986

CR CRN9187   DA AT814901

DATE 10-30-86   09:00   AT 84140332 M   EVIDENTIARY HG

PRESENT HON FRANKLIN J MITCHELL JR   JUDGE PRESIDING DEPARTMENT D

CLERK _____   REPORTER _____

THE PEOPLE OF THE STATE OF CALIFORNIA
vs   DEPUTY DISTRICT ATTORNEY _____
DEFENDANT JEFF   S   ATTORNEY FOR DEFENDANT (APPT'D/RETAINED)
VIOLATION OF PC243.4

☐ DEFENDANT ☐ NOT PRESENT ☐ ARRAIGNED FOR JUDGMENT ☐ WAIVES ARRAIGNMENT
☐ DEFENDANT ADVISED OF RIGHTS AND (ADMITS/DENIES) A VIOLATION OF PROBATION ☐ WAIVES HEARING
☐ PROBATION IS ☐ DENIED ☐ REVOKED ☐ REINSTATED ☐ CONTINUED ☐ MODIFIED ☐ GRANTED ___ YEARS (FORMAL/SUMMARY)

☐ IMPOSITION OF SENTENCE IS SUSPENDED ☐ DEFENDANT SENTENCED TO STATE PRISON, EXECUTION STAYED (SEE BELOW FOR TERM)
CONDITIONS OF PROBATION INCLUDE, BUT ARE NOT LIMITED TO:
☐ COMMITMENT TO SHERIFF FOR ___ DAYS ☐ ADULT INSTITUTIONS RECOMMENDED ☐ PAROLE NOT TO BE GRANTED
☐ FINE OF $ ___ INCLUDING PENALTY ASSESSMENT AT $ ___ PER MONTH, COMMENCING ___ THROUGH REVENUE AND RECOVERY
☐ RESTITUTION OF $ ___ TO VICTIM/RESTITUTION FUND AT $ ___ PER MONTH, COMMENCING ___ THROUGH REVENUE AND RECOVERY
☐ RESTITUTION/FINE OF $ ___ PER GC 13967, STAYED PER PC 1202.4(b)
☐ PARTICIPATION IN COMMUNITY SERVICES PROGRAM IN LIEU OF RESTITUTION
☐ SEARCH/WAIVER OF PERSON/AUTO/RESIDENCE/PERSONAL EFFECTS
☐ PROBATION PER PC 290/HS 11590

☐ DEFENDANT IS COMMITTED TO DEPARTMENT OF CORRECTIONS FOR LOWER/MIDDLE/UPPER TERM OF ___ YEARS
(SEE BELOW FOR ADDITIONAL COUNTS)   COUNT ___
(SEE BELOW FOR PURPOSES)
☐ DEFENDANT IS COMMITTED TO CALIFORNIA YOUTH AUTHORITY ☐ PER WI 707.2 ☐ PER WI 1737
☐ DEFENDANT IS ADVISED OF APPEAL RIGHTS ☐ DEFENDANT IS ADVISED REGARDING PAROLE

| CREDIT FOR TIME SERVED | |
| --- | --- |
| ___ | DAYS LOCAL |
| ___ | DAYS STATE INST |
| ___ | DAYS PC 4019 |
| ___ | TOTAL DAYS CREDIT |

☐ DEFENDANT REMAINS AT LIBERTY
☐ ON BOND POSTED $ ___
☐ ON OWN RECOGNIZANCE
☐ ON PROBATION

☐ DEFENDANT REMANDED TO CUSTODY
☐ WITHOUT BAIL
☐ WITH BAIL SET AT $ ___

☐ DEFENDANT ORDERED RELEASED FROM CUSTODY

☐ DEFENDANT WAIVES STATUTORY TIME FOR PRONOUNCEMENT OF JUDGMENT
☐ SOLICITOR/DEFENDANT/PROBATION OFFICER, REASON ___ CONTINUED TO/SET FOR ___ AT ___ M IN DEPT ___ ON MOTION OF ___
☐ DEFENDANT REFERRED FOR DIAGNOSTIC EVALUATION PER PC 1203.03, FURTHER HEARING SET FOR ___ AT ___ M IN DEPT ___

☐ BENCH WARRANT TO ISSUE, BAIL SET AT $ ___ SERVICE WITHHELD TO ___
☐ BENCH WARRANT, ISSUED ___ IS RECALLED ___
☐ BOND FORFEITED, BOND AMOUNT ___ BOND NO ___ BOND COMPANY ___ AGENT ___
☐ BOND IS EXONERATED ___

☐ PROCEEDINGS SUSPENDED PER: ☐ PC 1368, MENTAL COMPETENCY (SEE BELOW FOR DATES OF EXAMINATION AND HEARING)
☐ WI 3051 ADDICTION OR DANGER OF ADDICTION (SEE BELOW FOR DATE OF SERVICE OF PETITION AND ORDER)

OTHER: ☐ REFERRED TO DEPT OF REVENUE AND RECOVERY

_Evidentiary hearing dropped from calendar – defendant has
complied/complied with terms of probation_

DATED OCT 3 0 1986   FRANKLIN J. MITCHELL, JR.
JUDGE OF THE SUPERIOR COURT

PRONOUNCEMENT OF JUDGEMENT ORDER

F I L E D
Robert D. Zumwalt, Clerk

AUG 13 1984

BY    G. HAYS    DEPUTY

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO

THE PEOPLE OF THE STATE OF CALIFORNIA
                                        Plaintiff,

vs.

*Jeff Stanley Gough*
                                        Defendant.

CASE NUMBER

CR *N 9187*

CHANGE OF PLEA
(NOLO CONTENDERE)

F I L E D
Robert D. Zumwalt, Clerk

AUG 13 1984

BY    G. HAYS    DEPUTY

Comes now *Jeff Stanley Gough*
defendant in the above-entitled criminal action, and in support of his motion to change his plea(s) to be made in open court personally and by his attorney, does declare:

1. That his attorney in the above-entitled criminal action is *William R Christopher*

2. That he is charged in *information* number CR *N 9187* with having violated
*288 c(c) w/12022.3 6 ct, 261.2 w/12022. 8 c x 12 ct*

3. That he desires to change his plea(s) and desires to plead nolo contendere to
*243.4 per 17(b4)*

4. That he *is* now and was at the time this form was prepared in possession of all his faculties and has not consumed any drug, narcotic or alcoholic beverage during the 24-hour period preceding the entry of this plea to the extent that his sound judgment is impaired;

5. That he *does* understand the nature of the charge(s) against him;

6. That he *has* discussed the nature of the charge(s) against him and the possible defense(s) thereto with his attorney;

7. That he does not contest the following facts (summary of facts constituting the basis for offense(s) to which defendant desires to plead nolo contendere)

*unlawfully sexually assaulted another*

8. That his attorney *has* explained and discussed his constitutional rights with him; that he understands his constitutional rights; that his constitutional rights have not been violated; that his attorney has specifically explained to him (1) the right to a jury trial, (2) the right to confront those witnesses who would testify against him and to cross examine those witnesses, (3) the right to testify in his own behalf or not to testify if he desires to remain silent, (4) the right to have witnesses and documents subpoenaed by the Court for use at trial; that defendant knowingly and intelligently gives up these constitutional rights;

9. That his decision to change his plea(s) *has* been made freely and voluntarily, without threat or fear to him or to anyone closely related to or associated with him;

10. That his attorney *has* explained the possible sentence and understands the maximum possible punishment to be *1 year jail and $1,000 fine*
and further that in the event he is sentenced to State Prison, he will be placed on parole for a period of *N/A*

11. That he understands if he is granted probation and the Court finds he has violated the terms of probation he could be sentenced to State Prison at that time.

C8. Crt. Form CR-13 (3-79)

B-4

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO

CRIMINAL MINUTES — PRONOUNCEMENT OF JUDGMENT

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO

CASE NO. _____ A78149

DATE 12/4/84

CRIM. JUDGE ROSE C. THARP    JUDGE PRESIDING DEPARTMENT

CLERK    REPORTER Karen Brooks

THE PEOPLE OF THE STATE OF CALIFORNIA
vs.
JEFF STANLEY GOUGH    W. CHRISTOFF

DEFENDANT    ATTORNEY FOR THE DEFENDANT

138 days w/cts 138 days

**CRIMINAL MINUTES — PRONOUNCEMENT OF JUDGMENT**

DEFENDANT ORDERED TO PAY A FINE OF 500.00
50.00 mo. BEGINNING 10-5-84

DEFENDANT ORDERED TO MAKE RESTITUTION OF $169.00    $25.00 mo    COMMENCING 10-5-84

to P.O. thru R+R
+ other conds in probation rpt.

copy to R+R

B-6

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO

0052.34.24

V S

CR _CRN91187_    DA _A7614901_

DATE _11-21-86_    09:00    AT _84140532_ M    PROB REVOCATION

PRESENT. HON. ~~LAWRENCE KAPILOFF~~    JUDGE PRESIDING DEPARTMENT _D_

CLERK _S. McCughan_    REPORTER _Betty Moody_

THE PEOPLE OF THE STATE OF CALIFORNIA
VS    _Susan Bisbi_
DEPUTY DISTRICT ATTORNEY

_GOUGH_    _JEFF_    S    _CHRIS K_
DEFENDANT    ATTORNEY FOR DEFENDANT (APP'D/RETAINED)

VIOLATION OF _PC 243.4_    _per 17b4_    _1_

☐ DEFENDANT ☐ NOT PRESENT ☐ ARRAIGNED FOR JUDGMENT ☐ WAIVES ARRAIGNMENT
☒ DEFENDANT ADVISED OF RIGHTS AND (ADMITS/DENIES) A VIOLATION OF PROBATION. ☒ WAIVES HEARING
PROBATION IS: ☐ DENIED ☒ REVOKED ☒ REINSTATED ☒ CONTINUED ☐ MODIFIED ☐ GRANTED ___ YEARS (FORMAL/SUMMARY)

☐ IMPOSITION OF SENTENCE IS SUSPENDED. ☐ DEFENDANT SENTENCED TO STATE PRISON, EXECUTION STAYED (SEE BELOW FOR TERM).

**CONDITIONS OF PROBATION INCLUDE, BUT ARE NOT LIMITED TO:**

☐ COMMITMENT TO SHERIFF FOR ___ DAYS. ☐ ADULT INSTITUTIONS RECOMMENDED. ☐ PAROLE NOT TO BE GRANTED.
☐ FINE OF $ ___ INCLUDING PENALTY ASSESSMENT AT $ ___ PER MONTH, COMMENCING ___ THROUGH REVENUE AND RECOVERY.
☐ RESTITUTION OF $ ___ TO VICTIM/RESTITUTION FUND AT $ ___ PER MONTH, COMMENCING ___ THROUGH REVENUE AND RECOVERY.
☐ RESTITUTION/FINE OF $ ___ PER GC 13967, STAYED PER PC 1202.4(b).
☐ PARTICIPATION IN COMMUNITY SERVICES PROGRAM IN LIEU OF RESTITUTION.
☐ FOURTH AMENDMENT WAIVER OF PERSON/AUTO/RESIDENCE/PERSONAL EFFECTS.
☐ REGISTRATION PER PC 290/H&S 11590.

**CREDIT FOR TIME SERVED**
___ DAYS LOCAL

☐ DEFENDANT IS COMMITTED TO DEPARTMENT OF CORRECTIONS FOR LOWER/MIDDLE/UPPER TERM OF ___ YEARS.
(SEE BELOW FOR ADDITIONAL COUNTS)    COUNT ___    ___ DAYS STATE INST.
☐ DEFENDANT IS COMMITTED TO CALIFORNIA YOUTH AUTHORITY. ☐ PER W&I 707.2 ☐ PER W&I 1737
(SEE BELOW FOR FINDINGS)    ___ DAYS PC 4019
☐ DEFENDANT IS ADVISED OF APPEAL RIGHTS ☐ DEFENDANT IS ADVISED REGARDING PAROLE    TOTAL DAYS CREDIT

☐ DEFENDANT REMAINS AT LIBERTY:    DEFENDANT REMANDED TO CUSTODY:
☐ ON BOND POSTED $ ___    ☐ WITHOUT BAIL
☐ ON OWN RECOGNIZANCE    ☐ WITH BAIL SET AT $ ___
☒ ON PROBATION
☐ DEFENDANT ORDERED RELEASED FROM CUSTODY

☐ DEFENDANT WAIVES STATUTORY TIME FOR PRONOUNCEMENT OF JUDGMENT
_Review_    CONTINUED TO/SET FOR _7/21/86_ AT _9:00_ A M IN DEPT _D_ ON MOTION OF
___ COURT/DDA/DEFENDANT/PROBATION OFFICER. REASON:
☐ DEFENDANT REFERRED FOR DIAGNOSTIC EVALUATION PER PC 1203.03. FURTHER HEARING SET FOR ___ AT ___ M IN DEPT ___

☐ BENCH WARRANT TO ISSUE. BAIL SET AT $ ___ SERVICE WITHHELD TO ___
☐ BENCH WARRANT, ISSUED ___ IS RECALLED.
☐ BOND FORFEITED. BOND AMOUNT ___ BOND NO. ___ BOND COMPANY ___ AGENT ___
☐ BOND IS EXONERATED.

☐ PROCEEDINGS SUSPENDED PER: ☐ PC 1368, MENTAL COMPETENCY. (SEE BELOW FOR DATES OF EXAMINATION AND HEARING.)
☐ W&I 3051 ADDICTION OR DANGER OF ADDICTION. (SEE BELOW FOR DATE OF SERVICE OF PETITION AND ORDER.)

OTHER: ☐ REFERRED TO DEPT. OF REVENUE AND RECOVERY

_Pay restitution/fine by 5 PM today_
_112 hours (14 days) at senior citizen nutrition center. Left to seek_
_verified by P.O. Failure to comply will result in custody._

JAN 21 1986

B-7

DATED ___    _Lawrence Kapiloff_
JUDGE OF THE SUPERIOR COURT.
PRONOUNCEMENT OF JUDGEMENT-ORDER    LAWRENCE KAPILOFF

CR-28 (3/85)

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO

CR CRN9187   DA A78-14901   TRIAL — JURY   Robert D. Zumwalt, Clerk

DATE: 08-13-84   09:00   04T40332

AUG 13 1984

BY G. HAYS DEPUTY

PRESENT HON. ROSS G. THARP   JUDGE PRESIDING DEPARTMENT E

CLERK D. Hays   REPORTER N. Brode

THE PEOPLE OF THE STATE OF CALIFORNIA   DEPUTY DISTRICT ATTORNEY Wayne Mayer / Julie Whitaker

GOUGH   DEFENDANT JEFF   STANLEY   W. CHRISTOPH

W/R (7 PC223.3(b)(66 cts)   W/R 7 PC222.3(a)(4)(132 cts)

VIOLATION OF PC288A(C)   PC261(2)

- [ ] DEFENDANT NOT PRESENT   [ ] NOT NEGOTIABLE   TRIAL DATE CONFIRMED
- [X] DEFENDANT ADVISED OF RIGHTS, WAIVES RIGHTS   [ ] DEFT. SWORN & EXAMINED
- [X] DEFENDANT WITHDRAWS HIS PLEA OF NOT GUILTY as heretofore entered. And now pleads
- [X] NOLO CONTENDERE, with consent of DISTRICT ATTORNEY and approval of Court, to the offense
- [ ] GUILTY OF THE OFFENSE  amend ct 19 PC 243.4 sexual assault, a misd per PC 17(b)(4)

AS CHARGED. DEFENDANT MAKES APPLICATION FOR PROBATION, AND HEARING THEREON, AND
PRONOUNCEMENT OF JUDGEMENT IS SET FOR  9-4-84  AT 9:15 A.M. IN DEPT. E

- [ ] DEFENDANT'S MOTION TO DISMISS PURSUANT TO PC 995 IS BY THE COURT GRANTED/DENIED/SUBMITTED
- [ ] DEFENDANT'S MOTION TO SUPPRESS EVIDENCE PURSUANT TO PC 1538.5 IS BY THE COURT GRANTED/DENIED/SUBMITTED
- [X] ON MOTION OF People  allege  COUNT(S) all remaining  IS/ARE DISMISSED.
- [ ] ON MOTION OF _____ ALLEGED PRIOR(S) _____ IS/ARE STRICKEN.
- [ ] DEFENDANT PERSONALLY WAIVES STATUTORY TIME FOR PRONOUNCEMENT OF JUDGEMENT/TRIAL
  BAIL IS SET IN THE SUM OF $ 50,000 —  REDUCED TO $ 500.00
  DEFENDANT REMANDED TO CUSTODY OF SHERIFF  [ ] WITHOUT BAIL  [X] WITH BAIL SET AT $ 500.00
  DEFENDANT TO REMAIN AT LIBERTY  [ ] ON OWN RECOGNIZANCE  [ ] ON BAIL PREVIOUSLY POSTED.
  DEFENDANT IS ORDERED RELEASED FROM CUSTODY  [ ] ON OWN RECOGNIZANCE  [ ] CASE DISMISSED.
- [ ] THIS BEING THE TIME SET FOR _____ AND DEFENDANT NOT
  APPEARING, BY THE COURT, A BENCH WARRANT ISSUES WITH BAIL SET AT $ _____ SERVICE
  WITHHELD TO _____
  BOND IS FORFEITED.   AMOUNT $ _____   BONDING COMPANY _____
  LOCAL AGENT _____   BOND NO _____
- [ ] BOND FORFEITURE OF _____ IS SET ASIDE.   [ ] ADDITIONAL PLEA OF NOT GUILTY BY REASON OF
  INSANITY ENTERED BY DEFENDANT.   PSYCHIATRISTS APPOINTED _____
  OR _____ AND OR _____
- [ ] _____ IS CONTINUED TO _____
  AT _____ M. IN DEPARTMENT _____

Defense motion to release deft. OR is under submission
Ct reduces bail to $ 500.00

DATED:   AUG 13 1984

ORDER   JUDGE OF THE SUPERIOR COURT   ROSS G. THARP



12/20/07

"I AM, I AM," A "TARGET VICTIM," SEE, GENERALLY, WWW. WELSCH@mind justice
WWW. CHRISTIANS AGAINST SLAVERY
CLERGY / LAW ____@USA

(REQUESTS TO ATTORNEY)                    (42 USC §§ 1983785/ R. ICO)

(#1) OBTAIN DOCUMENTATION
   A. CDC CASE FILE (ENTIRE) (MISSING DOCUMENTS @ JILLIAN INSPECTION)
   B. PEOPLE V. GOUGH (2001-2) CASE NO _____ (REI P.C. § 422 CASE)
   C. GOUGH-AOSHIMA V. KAREN ARCHER # (PRO) (FILE DATE) CTL DIVISION
   D. GOUGH-AOSHIMA V. ARCHER (C.C. 2035(a)) # _____ (FILE DATE) CTL DIVISION
   E. GOUGH-AOSHIMA V. GRIFFIN (C.C. 2035(a)) # _____
   F. GOUGH-AOSHIMA V. SMITH, ZAMORA, ET AL # _____  (CC 2035(a))
   (NOTE SEWELL'S NAME TO BE SUBPOENA'D)
   (NOTE NAVAL CRIM INTELLIGENCE FIELD OFFICERS)
   "COMBAT IMAGING" "STARMAN" AND/OR "CHUBBA CABRIANS")

GUSTAVO KIMET "THE KISS" $50,000 PAID 1,000.

DEPT #26 SERV. NO CERT FEE
1/10/16/07

(#2) OBTAIN FATHER'S TELEPHONE FROM CDC FILE AND PLEASE
   CALL TO HAVE ____ RECKEN'D RE "OTHER PEOPLE"
   WHO STAY IN GUEST ROOM RE: INTER ALIA, IF THE NEED ____
   AND/OR JIM/JAMES GOUGH'S TELEPHONE # ADDRESS RE SAME
   THING (CHECK CELL PHONE @ 4064 HUERFANO # 260, P.B. CAL.)
   619-249-5405 (VIRGIN)

AD 576 9800
576 9676
776 9676

JIM GOUGH
ADDER TO GET-IN

(#3) POSSIBLE TO OBTAIN CASE FILE FROM ROLLER-FILE CABINET
   W/ALL DOCUMENTATION (ABOVE) AND OTHER CRITICAL AND
   PRIVILEGED LEGAL RESEARCH "FILED" PRECIPIENT (E.G. ILC
   PET W/EXHIBIT W/THOUGHT "TRANSMISSION" CONVERSATIONAL LOGS A-G)
   TO BE FILED AND/OR REVIEWED W/ASSISTANCE FROM YOU(S) ALLS !!!

(#4) CALL (✓ CELL PHONE) "VIRGIN" RECENT CALLS TO: (1) IL SENATOR
   DUBLIN (2) U.S. ATTY _____ (3) DOJ STATE ATTY OFFICE
   _____ (4) ____ OBAMA, (5) CLINTON, (6) BOXER
   (7) FILSTEIN, (8) DR. GILLIAM, ____ FARLEY FORREST, HUSTON, TX
   (9) JSOB jr. NSA @ WHITE HOUSE, (10) ETC / ET. AL. RE ____

(#5) IMMEDIATE "PROBABLE CAUSE HRG" NOTE: JONES
   JORDON ("EVICTION")

(#6) ____

C

PRELIMINARY OBJECTIONS / CONSIDERATIONS

OBJ #1 NO ACCESS TO CURRENT PAROLE CASE FILE

OBJ #2 NO MEANINGFUL ACCESS TO LAW MATERIALS, TOMES, REPORTS, I.E., LIBRARY

CON. #3 "TARGETED VICTIM" SEE WWW.CHRISTIANS AGAINST MIND SLAVERY.ORG SEE WWW.WELSH@mindjustice.org

OBJ. #4 I HAVE ATTEMPTED TO RELIEVE PRESENT COUNSEL TO NO AVAIL.

CON #5 I HAVE ATTEMPTED TO INFORMALLY RESOLVE THE §290 ISSUE.

OBJ. #6 PER GOUGH-AUSHIMA V. [NAVY] # (SEE PO COMMISSIONER File COC/BPT & SEWELL CONFLICTED OUT DUE TO SELF-INTERESTS)

CON #7 MUST BE PROVIDED WITH A SHIELDED HEARING ROOM FROM, E.G., EFM RADIO TRANSRECEIVED "THOUGHT COMMANDS" "MIND CONTROL" "TORMENT & TORTURE" AND/OR OTHER UNDUE INFLUENCES DURING THE "PROBABLE CAUSE" AND/OR "FULL PAROLE REVOCATION HEARING" SEE WEBSITES ABOVE; ILC PETITION (1ST DRAFT); VARIOUS C.C. § 2035(a) PRESUIT PETITIONS; KAREN ARCHER TRO APPLICATION W/MEMO; "THOUGHT CONVERSATIONIST" LOGS A-G

OBJ. #8 CHARGE ONE IS PRESUMPTIVELY ADJUDICATED ESTOPPEL, S.Ct.J. ARREOLA (#25)(531-3800)

OBJ. #9 CHARGE TWO IS JEOPARDY-BARRED

PRELIMINARY STATEMENTS

| | |
|---|---|
| E-√ PAROLE EXPIRATION DATE 10 YEAR ADDED HIGH CONTROL NO 1 YR. ADD. SEE TIMELINE | #1 PAROLE-VIOLATION-FREE FOR OVER 2½ YEARS<br>#2 NO DIRTY DRUGS TEST<br>#3 NO OTHER INCIDENTS WARRANTING ANY INVESTIGATION<br>#4 NO KNOWN DISFAVORABLE REMARKS BY OTHER P.O.s<br>#5 EMPLOYED (CALL GEORGE SYNDE VIA "CK" LITTLEWOOD'S "PACIFICA") |

#6 OWN CONDO #260 (ALBEIT IN LITIGATION)

#7 PARDON MY PRESENT PROTECTIVE CUSTODY STATUS DUE TO SEWELL CHARGES HAVE BEEN FILED

#8 BPT CT CONSIDER SEWELL'S NAMING IN 3 precipient CIVIL ACTION, ILC PET., ETC

PRELIMINARY ARGUMENTATION TO DISMISS / LIFT HOLD

#1 THE BPT 1100's AMEND OF 10 BUSINESS DAYS IS FAULTED (McLAUGHLIN V. RIVERSIDE NOT CONSISTENT WITH LANG OF V.)

A. WHY TIMELINE? PREJUDICE SHOWING WOLFF/McDONNELL V. (PRISON) MORRISSEY (PAROLE) > PROBATION? (S.B. CASE FILE)

Hold

WILL LOSE ALL IF PAROLE CONTINUED!

FOOD, CONDO, TOOLS, WORK VAN, CLOTHES

2 Bdrm, WILL SUE BPT FOR R.I.C.O.

NO AUDIO RECORDING!!!

THEY PICK WITNESSES?

TOLD HIM I WOULD SUE ATTY PER 1983 And/or R.I.Co. 23(B)

EX 1

CONTINUING OBJECTION: "TARGETED VICTIM" www.welsh@mindjustice.org
www. Christians Against Mental Slavery.org

"CHARGE ONE"
"ON 12-17-07 ... [SEWELL] ... RECEIVED A CALL FROM ... [UNIDENTIFIED] SUBJECT'S
NEIGHBORS ... WHO INFORMED ... SEWELL ... THAT [△] ... HAD RECENTLY
COMMITTED A BATTERY ... "

| | | |
|---|---|---|
| DOCUMENTS P | ATTORNEY (NOT SEEN UNTIL 1/3/08 THE EVE OF THE "13 BUSINESS DAY PROBABLE CAUSE" HRG) | |
| OBJECTION | • NEVER REV'D COMPLETE SEWELL INVESTIGATION REPORT, ETC SEE BPT-1100 | |
| ⟵ A | • REFUSED TO OBTAIN NECESSARY DOCUMENTATION, E.G., CAL. C. § 2035(a) PETITIONS. | |
| B | • REFUSED TO OBTAIN CRIMINAL CASES P.V. GOUGH # (1984) CRN-9181 (NO PC § 245(NCN)) <br> P.V. GOUGH # ( " " PC 3412)(S.BAY) | |
| L A C | • REFUSED TO OBTAIN GOUGH-AOSHIMA V. ARCHER (OVERTON) TRO (GRANTED) 00082021-CTL <br> 11/19/08 | |
| D | • REFUSED TO OBTAIN OVERTON/ARCHER V. GOUGH (CROSS-TRO) DENIED 00084107-CTL <br> 12/11/07 | |
| E | • REFUSED TO OBTAIN OVERTON/ARCHER V. GOUGH (CROSS-TRO) DENIED 00082021-CTL | |
| | • REFUSED TO OBTAIN OVERTON/ ARCHER V. GOUGH (NOTICE) <br> (DENIED TRO re ¶¶¶ 5,6,9,10,15) (RE CLAIMS OF ASSAULT, ETC. ON OVERTON, NOT "CREDIBLE") W/HRG | |
| | • REFUSED TO DISCUSS COMPLETELY W/me WITNESS(es) ; CONKLIN NOA ; <br> PEREZ ... (WITNESS LIST) | |
| | • REFUSED TO CONTACT CH 39/7 ; U.S. SENATE DUBLIN (IL) ; U.S. ATTY re ILC PET. | |
| OBJECTION | • REFUSED TO REMOVE HIMSELF PER LIS MOTA ; ERGO "CONFLICT OF INTEREST" | |
| | • SEWELL § SCHWARZENEGGER -?- BPT: C.C § 2035(a) "CONFLICTED-OUT" ??? | |
| ARGUMENT(s) | • ARCHER/OVERTON ON "BAY HO" ASSN. W/3 UNITS W/O PAYING FEES L TRs. § INTERESTS #260 | |
| | • TAPE TO PERICANO RE PATIO #540 ºº RE NO NOTICE RE PERICANO CONST. COM. $$ $$$ | |
| | • CALL TO SEWELL 12/17/08    • ARREST 12/18/08    • TRO MEDIATION 12/19/08 | |
| | | |
| | • FILED TRO ON 11/19/08 (COVER EX "B")  • HRG 12/5/08 ( • NO ASSAULT MENTIONED • MOB. TO 3ʳᵈ OVER OBJ <br> • CT. REFUSED TO HEAR TAPE • SCARE OF BOTH ) | |
| | • ARCHER/OVERTON CROSS-TRO (EX-3) (ADMISSION OF "EARLIER COUNTER-TRO ... DECLINED 12/11/8) | |
| | △ ALLEGED § COURT RULED ARCHER/OVERTON POSED, INTER ALIA, A "CREDIBLE THREAT" TO △ | |
| | INCLUDING A THREAT TO "KILL" △ IN SOME MANNER, INCLUDING, FINANCIAL RUIN (12/11/8) | |
| GEORGE-SYNDE | • PRIOR TO DEC 5ᵀᴴ HRG TWO VIOLATIONS OF TRO TO S.D.P.D. CONKIN AND ONE TO PEREZ | |
| CAL | • CALL BY CELELIA NOA, CRIME INVESTIGATOR ON 12-17-8 REQUEST TRO FOR DA. REFERRAL | |
| | • ARREST BY SEWELL W/O DISCUSSION RE/INJURY RE/P.C. MOVES RE/CONFLICT § 2035(a) RE/JORDAN <br> ARCHER NAVY | |
| | RE/CONFLICT RE GLORIA RE/INTEREST IN CONDO RE/§ 3701.1 (WARRANT) CF. NEVER SAW OR ASKED § 3601.14 <br> ROUND-UP CREW ABOUT "CONTRABAND" | |
| | RE/EVIDENCE SHEET ? RE/BRIZUELA CHARGE SHT RE/ANGELS § HOLY BOOKS RE/REFUSED 2-3 602s | |
| | (FILE INSPECTION) RE/BRIZUELA "NO CONDITIONS" RE/COMPLIANCE RE/KEN RE/DOJ TELE <br> S.D.P.D./NAVY CALL | |
| | JAIL RE/12/19/08 RE/PASSED CHARGE SHT REA/DON'T GO HOME RE/"SEX OFFENDER" | |
| | PRISON RE/MOVE 4-5 FLR (DUTY OFFICER LOG) RE/"TARGET VICTIM" MEDICAL RE/INJURY TO | |
| | HAND (EX "F") RE/YARD 4 TO ADM SEG. (EX "G") RE/ADM. SEG. TO P.C. (EX "H") | |
| (EX-3) | • OVERTON RE/TRO FILING RE/TRO HRG RE/DENIED CROSS-TRO ON 12/11/08 RE/"BAY HO" ASSN. | |
| | RE/LTRS TO JEFF RE/WAGON RE/JORDAN RE/CONDO? # RE/CALL TO SEWELL RE/MEDIATION | |
| | RE/HAND SHAKE W/ AGREEMENT RE/2 RTN ON 11/12/8 RE/3 TRO VIOLATION WHERE IS <br> KAREN ? | |

"CHARGE TWO"  ∆ = JEFF S. GOUGH

ALLEGATION P "ON 12-18-07 ... [UNIDENTIFIED] ... OFFICERS ... CONDUCTED A PAROLE
SEARCH. DURING THE SEARCH... [WHILE ∆ WAS HANDCUFFED AND EFFECTIVELY
ARRESTED] ... PAROLE AGENTS FOUND TWO ADULT ... DVD MOVIES IN A
DRESSER IN AN UPPER BEDROOM [OTHER THAN ∆'s MASTER BEDROOM]. INSIDE
ANOTHER UPPER BEDROOM [, ∆'s MASTER BEDROOM], AGENTS FOUND TWO TOY
STUFFED ANIMALS ON A DESK. IT IS NOTED THAT [∆] IS A P.C. 290
REGISTRANT AND HAS SPECIAL CONDITIONS ... NOT TO POSSESS PORNO[...]
MATERIAL OR TOYS."

DOCUMENTS P ATTORNEY (NOT SEEN UNTIL 1/3/8 THE EVE OF "13 BUSINESS DAY PROBABLE CAUSE HRG)

OBJECTION  • NEVER REV'D COMPLETE SEWELL INVESTIGATION REPORT, ECT.
          • INCORPORATE "CHARGE ONE" DOCUMENTS REFUSAL'S / FAILURE'S BY BPT ATTORNEY
          ◦ INCORPORATE "CONFLICT-OUT" OBJECTIONS

A  • PEOPLE √ GOUGH, CASE # CRN-9187, (NORTH COUNTY DIVISION)


ARGUMENT — ∆ IS NOT A P.C. § 290 REGISTRANT AS A MATTER OF FACT AND LAW
THE ONLY CASE THAT COULD POSSIBLY INDICATE THAT ∆ IS A § 290 REGISTRANT
WAS CASE # CRN-9187 (EX. "A"), THIS WAS A NOLO CONTENDRE MISDEMEANOR
SEXUAL BATTERY OVER 20+ YEARS AGO. ACCORDING TO THE COMPLETE CASE
THERE THREE DOCUMENTS (EX. A-2, A-3, A-7) WHICH CLEARLY INDICATE THAT
∆ WAS NOT COURT ORDERED TO REGISTER. SEE P.C. § 290 (2)(D)(ii), (E)
(BOTH SUBDIVISION REQUIRING COURT ORDER); THUSLY FOR OVER 20+ YEARS
∆ WAS NOT REQUIRED TO COMPLY W/290 UNTIL A CDC COUNSELOR @
CRC MANDATED HE MUST BEFORE HE COULD BE PAROLED BACK IN 200__.
∆ FILED A 602 W/ P.O. WICKLAND, AND, W/ BRIZUELA. WHILE BRIZUELA WAS
CONSIDERING THIS CLAIM HE FAILED TO TIMELY REGISTER. P.O. BRIZUELA
CHARGED THIS LAW VIOLATION AND REFERRED FOR BPT CONSIDERATION
SEE EXHIBIT "J" (CHARGE SHEET) (6/22/06). AT THE REVOCATION HEARING ∆
PRODUCED DOCUMENTS (EX. "A") ALONG WITH SUPPORTING INVESTIGATION/
ARGUES BY P.O. BRIZUELA AND IT WAS RULED BY THE BPT THERE WAS
NO GROUNDS FOR THE VIOLATION BECAUSE ∆ WAS NOT A § 290 REGISTRANT.
P.O. BRIZUELA THEN INFORMED ∆ HE NOTED NO "CONDITIONS OF PAROLE"
FORM WAS IN HIS FILE AND THAT ∆ WOULD COME IN TO TALK ABOUT IT!!!
EX 4 > ∆ WAS TRANSFERRED AND P.O. SEWELL HAS REFUSED TO CHANGE HIS
FILE W/NOTIFICATION TO THE D.O.J. ALTHOUGH 602'd 2-3 TIMES !!! (OVER)
SEE EX A-9 (602 FILED @ DONOVAN (1/8/08) TO NO AVAIL).


I-2

ARGUMENT | The Alleged Search/Hand Seizure of the DVDs was Unlawful.
• As Guest Room has Always Been Available To Friends: Ken
Lambert, Ken the Plumber, Ebs "Tim", Rachael (Brizuela), Dave
& his Girlfriend, Ted Bullock, Terry (Los Ranchitos), etc. Some
if not most are Reported As Roommates. The Guest Room has Both
an Exterior/Interior Lockable Doors. (At this Last Office Meeting
he Informed △ That Due to Costs he Would not Have A Roommate "Ken."
Ken had Been Staying There Infrequently And May Have Added
Personal Possessions To The Other Personal Items Those Others
May Have Left, As Stated Above, Many People Have An Exterior Key
And Access w/o my Supervision. At The Time of The Search "Ken"
was Renting The Room. (Note $260°° + $) I Told This To Sewell
in The Presence of The Invasion Party, w/o A "Search" Warrant
And Under These Circumstances (Handcuffed Downstairs). I Don't
Know What Happen Upstairs And w/o A Search For "Ken's" Rm
it was Both Unconstitutional And Illegal. (15 C.C.R. § 3701.1(c);
U.S. Const. 4 # (Illegal Search & Search); 5 # (Unbias) Neutral Magistrate
considering; Taking, Argueneo no § 290, w/o Justification/comp.) § 14th

ARGUMENT | △ Should Not Be Subject To Prosecution Twice on the Basis of P.C. § 290
(all other rights); Mapp v. Ohio ___ us ___ ( ___ ); Ex. ___.
• As Stated Above I Have Already Been Subject To Prosecution Based on
P.C. § 290. In The Brizuela Prosecution The BPT Found "No Legal Grounds
To Administratively Find me Guilty of Failing To Timely Register.
Such Timely Registration was A Matter of Fact and Beyond Dispute §
△ was Almost Two Weeks Late. See P.C. § 290(b)(x)(i)(Felony/Misdemeanor).
Ergo, There Can Be No Question That This Prosecution is Jeopardy-Barred.

ARGUMENT | △ Challenges The Lawfulness/Constitutionality of § 290 Applied Here
The CDC's use ⊗"Any Information To Administratively Asserieve A Person on Parole
must comport w/Due Process. See Juan V. Do.5, ___ us ___ ( ___ ); 15 CCR § 3075.2

(b)(3)(C) Special Condition must be Related To Commitment Offense or To Future Criminal
Behavior, △'s Commitment Offense was P.C. § 422 Criminal Threat and Did
Not Involve Any Change Elements To Justify or Warrant Any Conditions
Directly Associated with A Typical Sex Crime. The Administrative Imposition
of § 290 Special Conditions Run Afoul Of The Plain Language of § 3075.2,
(b)(3)(C) And is a Violation of Procedural/Substantive Due Process. (Amel.)

WICKLINE (KURTZ) (2000-1) (AFTER CRC COMMIT ? END    PAROLE ?)
- CDC 602 (APPEAL)    W/1984 CRIM CASE J&C.    W/PROBATION    W/NO 290
- CDC 602 APPEAL RE 290 NO RESPONSE! WHERE IN FILE?
- LOS RANCHITOS CLEAN & SOBER LIVING FOR 1 YEAR

LTR TO
CLERK FOR
J&C.
- MAILED LTR TO VISTA CLERK 1/6/08 REQUESTING COPY OF J&C AND PROBATION ORDER

I. BRIZUELA (EL CAJON) (          )
- 1ST OFFICE VISIT W/O SUPERVISION IN RAIDER DEN — WHY?
- ARREST & RELEASE (girl KNOCKING) ON §290 VIOLATION — NO TERMS/COND PAPER

APES
- LATER CHARGED — NO CUSTODY HOLD — FULL REVOCATION — NO GROUNDS 290
- BRIZUELA — ARGUED/INVESTIGATED @ "   " HRG FOR "NO GROUNDS" 290
  GOT IN TROUBLE FOR CONDUCTING INVESTIGATION
- MOVED TO BAY HO W/HOME VISIT W/TED W/PURCHASE INTENDED
  NOTED MSTR BDROOM WAS △'S W/holy BOOKS/ITEMS W/ANGELS
- HAD FRIENDS & ROOMATES FOR WEEKENDS & FOR WEEKS/MONTHS

SANCHEZ (KURTZ) HOME INSPECTION W/TED W/JERRY W/holly BOOKS/ITEMS

MALTOAST (KURTZ – D'SIDE?) W/TED W/JERRY (?)
- VISITED & NOTED holy BOOKS/ITEMS W/ANGELS
- OFFERED DIW TEXTURE TO HIS HSE NO $!
- ADDED U/A TESTING TO CDC FILE ALTHOUGH NOT DONE PER MUTUAL AGREEMENT

GREG SEWELL (KURTZ? NAVY/MARINE? TASK FORCE W/CDC?)

INFORMED SEWELL
F. "KEN" HSE
DATE W/O §290
- NAMED IN C.C. § 2035(a) PETITIONS RE SUBPENAS
- CONVERSATIONS REGARDING MISSING DOCUMENTS (CONDITIONS/WICKLINE 602 RE 290)

X @ CRC §290
W/DOS./BRIZUELA
- REFUSED TO ACCEPT/RESPOND TO CDC 602 W/290 REQUEST TO INSPECT FILE
- INFORMED KAREN/RICHARD TRO–HEARING–CONTACT W/CONKIN W/PEREZ W/CECELIA
- NAMES/TITLES OF S.D.P.D. STORM TROOPERS AND ALLEGED "COMPLIANCE OFFICER"

IO?
STORM TROOPER?
INSV. TO UNKNOWN FBI?
- DEC 18TH : CALL FOR §290 COPY/INFORMED NO COPY/STAY THERE/RAID/HANDCUFF
  ON COUCH/SEARCH & DESTROY/SHOWED SEWELL BRIZUELA DOC/CALLED ANOTHER IND. & SHOWED/

DMV
(WAIC FILE
PRIVACY ACT?)
WENT UPSTAIRS W/ART IN POC WHILE TALKING/CAME DOWN AND "FINGERED" ME/DID NOT
SEE ANYTHING BUT TOYS FOR JIMS/ALOT OF XMAS TOYS/INJURIED HAND WHILE
HANDCUFFING/LAUGHED IN EAR/WALKED 150' TO S.D.P.D. CARS/SEWELL SHOWS UP @

EX-2
IN CAMERA
MEETING AFTER
JH HEARING
WHY?
4A W/UKN P.O./POSS "CHARGE SHEET"/DEMAND FULL tkts/SHOUTS OUT "SEX OFFENDER"/
HAD TO TALK W/DEPUTY FOR MOVE/MOVE TO PRISON/INFORMED MEDICAL OF
"TARGET VICTIM"/INJURY TO HAND/MOVE FROM YARD 4 TO ADMIN DUE TO S.D.P.J. INCIDENT
FORCED TO "PROTECTIVE CUSTODY"/POST-HRG "MUST MOVE" W/I 2000'? WHY 15-18 mo/yrs!

I-3

CONKIN RE/EVIDENCE BOX RE/8290 LEGAL RE/PRE-DEC 5TH TRO VIOLATIONS (2X) 11/12/08 1/08 - RE/ATTITUDE RE/HOLY

PEREZ RE/12/14/08 RE/KOLBEYS RE/CONCERNS RE/CALLS RE/"NO ARREST" RE/D.A. REFERRAL

C NOA RE/12/19/08 RE/TIME (2:30 PM) RE/TRO RE/CONCERNED? RE/GUEST BOOK (3:30 PM)

JIM RE/JORDON RE/$$$ RE/KEN (MECHANIC) RE/KEN (PLUMBER) RE/DAVID & GIRL RE/RACHAEL
RE/C.V. FRIENDS RE/NO PORNO! RE/GIFTS LAST YEAR FOR X-MAS RE/NO SEE FOR YEAR
RE/LAST X-MAS GIFTS RE/CALL RE GIFTS / WORK 12/17/08

JORDAN RE/MOVE IN DATE RE/AGREEMENT? RE/TO BUY?
RE/SEWELL RE/RENT-OWN RE/CIVIL SUIT RE/# OF CALLS RE/INTEREST IN CONDS

OVERTON RE/ASSAULT RE/11/11-12/08 RE/TIME RE/POLICE/MEDICAL REPORTS RE/DRUGS?
RE/TRO RE/DEC 5TH ("SILENT MAJORITY" W/NO STATEMENTS) (DID NOT IN OPEN CT. ALLEGE ASSAULT) RE/12/11/08 TRO?
RE/12/19/08 TRO APPLICATION WAS DENIED AFTER 12/18/08 ARREST EX C-1
CT. RULED NO "CREDIBLE THREAT OF VIOLENCE" EX C-4

KEN RE/"NO PORNO RESTRICT"! RE/MOVE-IN WEEK-IN RE/LISA'S NAME W/RE FOR PLACE TO STAY

**BOARD OF PRISON TERMS**                                                    **STATE OF CALIFORNIA**
## NOTICE OF PAROLE REVOCATION RIGHTS AND ACKNOWLEDGEMENT
**BPT 1100**
*(Follows the ADA advisement and completion of the BPT 1073.)*

If the charges are referred to the Board of Prison Terms this is what will happen:

① • You have a right to written notice of claimed violations of parole (CDC Form 1502b).

② • You have a right to all evidence that will be used against you.

③ • You have a right to an attorney who will be assigned to represent you at all times during the revocation process.

④ • You have the right to ask your attorney to request an expedited (earlier) probable cause hearing if you have evidence that is a complete defense to the charges that are the basis of the parole hold.

⑤ • Effective July 1, 2005, you have the right to a probable cause hearing with your attorney and a Deputy Commissioner of the Board of Prison Terms within 10 business days of today if you are in custody. You have the right to present letters, documents, and speak on your own behalf at this hearing. The reason for the probable cause hearing is for the Deputy Commissioner to determine if there is enough evidence to keep you in custody until your revocation hearing and to try to settle your case on that date. At the probable cause hearing you will also be given the opportunity to discuss and accept or reject the offer given to you by the Deputy Commissioner.

⑥ • If you are in custody, you have the right to a revocation hearing within 35 calendar days from the date the parole hold was placed and to receive written notice of the date and time of the hearing.

⑦ • You have a right to be heard in person and to present witnesses and documentary evidence in your defense at a revocation hearing.

⑧ • You have a right to confront and cross examine adverse witnesses (unless the hearing officer specifically finds good cause for not allowing confrontation).

⑨ • You have a right to a neutral and detached hearing officer.

⑩ • You have a right to have your revocation hearing within 50 miles of the alleged violation.

⑪ • You have the right to subpoena witnesses in your defense to the same extent that the state can subpoena witnesses.

⑫ • You have a right to a written statement by the hearing officer as to the evidence relied on and the reasons for the decision and to receive a tape recording of the revocation hearing.

---

## Acknowledgement

1. I have been informed of my rights listed above.
2. I know that I will meet with an attorney. My attorney will tell me all my rights and the BPT return-to-custody assessment offer.
3. I have a copy of the papers and reports checked below.

    ☑ BPT Form 1073, Notification of Americans with Disabilities Act completed today
SEWELL→☑ CDC Form 1502(b), Charge Report
    ☑ BPT Form 1100, Notice of Rights and Acknowledgement
    ☑ Blank Form BPT 1100(b), Request for Witnesses
    ☐ Other:_____

I have read (or had read to me) the information above. I have been given copies of the papers, forms, and reports listed above

_____          V64431                    12/19/07
Signature of Parolee             CDC Number                 Date

_____          M Jones                    12/19/07
Signature of Staff Completing the Actual Notice    Print First Initial, Last Name    Date

**NAME** Gough, Jeffery      **CDC #** V6443,        **INST/REGION**   E86

BPT/ASSISTANT WARDEN GARCIA    EMERGENCY APPEAL TITLE, 15, § 3084.7(a)

RECEIVED

**INMATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)

JAN 10 2008

RICHARD J. DONOVAN CORR. FAC.

Location: Institution/Parole Region    Log No.    Category

1. _____    1. _____    _____

2. _____    2. _____    _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|------|--------|-----------|-----------------|
| JEFFREY S. GOUGH | V64431 | UNASSIGNED | F2-6-107L |

**A. Describe Problem:** ON 3 JAN 08 MY "BASIC NEED" PAROLE ~~AGENT~~ ATTY MET WITH ME: I HAD BEEN IN CUSTODY FOR 14 DAYS, DURING THIS MEETING THIS ATTY. FAILED TO HEAR MY DEFENSES, REASONABLE REQUESTS FOR AN INVESTIGATION, REASONABLE REQUESTS FOR PRODUCTION OF COURT DOCUMENTS, REASONABLE REQUESTS REGARDING COPYING P.C. § 290 TO PRESENT TO THE SCREENING/PROBABLE CAUSE DEPUTY COMMISSIONER, REASONABLE REQUESTS TO REVIEW ALL THE FILE (INCLUDING ANY INVESTIGATION REPORTS OR PHOTOGRAPHS), THIS ATTY SIMPLY REFUSED TO DO ANYTHING BUT "PLEAD" ME GUILTY WHICH I AM NOT !!! DURING THE OPENING OF THE UNRECORDED PROBABLE CAUSE HEARING THE ATTY. ALLOWED THE SAME COMMISSIONER TO RIDICULE ME REGARDING MY "TARGETED VICTIM" STATUS. PLEASE CHECK WWW.

If you need more space, attach one additional sheet. WELSH @ mindjustice.org ; CHRISTIANS AGAINST MIND SLAVERY.ORG

**B. Action Requested:** IMMEDIATE REPLACEMENT OF MY PRESENT BPT "BASIC NEED" ATTORNEY WITH A NEW PANEL ATTORNEY NOT ASSOCIATED DIRECTLY WITH THE BPT. AN INVESTIGATION INTO MY "TARGET VICTIM" STATUS AND ALL NECESSARY ACTIONS TO PROTECT THE INTEGRITY OF MY FULL REVOCATION HEARING AND MENTAL WELLBEING — NOT PHYSICAL — AS THE COMMISSIONER BELIEVED!

Inmate/Parolee Signature: _Jeff S. Gough_    Date Submitted: 1/8/08

**C. INFORMAL LEVEL** (Date Received: _____ )

Staff Response: _____

_____

_____

_____

Staff Signature: _____    Date Returned to Inmate: _____

**D. FORMAL LEVEL**
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

_____

_____

_____

Signature: _____    Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim

CDC Appeal Number: _____

"E"

COUNSELOR UNDERWOOD T15, §308.4.7(g)(CONDITION OF PAROLE)(ISSUE AT 1/22/08 BPT HEARING)
HEAD OF RECEIVED EMERGENCY APPEAL

**INMATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)

~~RECEIVED~~

~~JAN 10 2008~~

Location:  Institution/Parole Region    Log No.    Category  Records

1. _____    1. _____
2. _____    2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|------|--------|------------|------------------|
| JEFFREY GOUGH | V64431 | | F2-6-107L |

**A. Describe Problem:** PER T.15, §3375.1 (j)(1) I WISH TO CONTEST ANY INFORMATION CONTAINED IN MY CDC FILE THAT MAY INFER I AM SUBJECT TO PENAL CODE § 290 REGISTRATION, WHICH MAY RESULT IN A POSSIBLE 3375.2 (b)(22) ADMINISTRATIVE DETERMINANT. BACK IN 1984 I PLED GUILTY TO A NOLO CONTENDRE MISDEMEANOR BATTERY CHARGE. THIS CASE WAS OUT OF THE VISTA COURTHOUSE AND I WAS NOT ORDERED TO OR REQUIRED TO REGISTER PER P.C § 290. BY THE COURT. A TELEPHONE CALL TO THE VISTA COURT-HOUSE CRIMINAL CLERKS OFFICE WILL VERIFY THIS AND THEY WILL FAX YOU A COPY OF THE "JUDGE-MENT MINUTE ORDER" THAT STATES I HAVE NO SUCH REQUIREMENT. I REALIZE §3375.1 (j)(2)(3) ADVISES ME TO OBTAIN THIS INFORMATION BUT I WOULD HOPE UNDER MY PRESENT CIRCUMSTANCES

If you need more space, attach one additional sheet. ~~YOU MIGHT ALLOW ME TO MAKE A PHONE CALL. IF NECESSARY~~

**B. Action Requested:** REMOVAL OF ANY REQUIREMENT I MUST COMPLY WITH P.C. § 290 REGISTRATION REQUIRE-MENT AND ANY SUCH ADMINISTRATIVE DETERMINANT THAT MY P.C. § 422 TERRORIST THREAT CASE REQUIRES THAT SAME REGISTRATION REQUIREMENT. PLEASE REMOVE ANY INDICATION I MUST HAVE A P.C. § 290

Inmate/Parolee Signature: _Jeff S Gough_    Date Submitted: 1/8/08

**C. INFORMAL LEVEL** (Date Received: _____ )

Staff Response: _____

_____

_____

_____

_____

Staff Signature: _____    Date Returned to Inmate: _____

**D. FORMAL LEVEL**
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

_____

_____

_____

Signature: _____    Date Submitted: _____
Note: Property/Funds appeals must be accompanied by a completed    CDC Appeal Number:
Board of Control form BC-1E, Inmate Claim

  "F"

"TARGETED VICTIM"     www. welsh@mail.justice
                      www. christians against slavery

BOARD OF PRISON TERMS                              STATE OF CALIFORNIA
**REQUEST FOR WITNESSES**   INFORM ALL TO BRING ATTYS!!!
BPT 1100(b)                                    42 USC § 1983/85

[✓] I want these *witnesses* to help me tell my side of the story:

| NAME (AND CDC # IF APPROPRIATE) | DOB | ADDRESS | TELEPHONE |
|---|---|---|---|
| BILL H.W. GOUGH (DAD) | | 1220 ROSE CRANS ST, S.D, CA 92101 | ✓ S.D.C.J. FORMS |
| JAMES W. GOUGH (BROTHER) | | ROSECRANS ST, S.D, CA 92101 | ✓ S.D.C.J. FORMS |
| P. BRIZUELA | | PAROLE OFFICE EL CAJON | |
| S.D. POLICE OFF. CONKIN | | S.P.P.D (NORTH DIVISION) | |
| S.D. POLICE OFF. PEREZ | | S.D.P.D (NORTH DIVISION) | (SEE....) |
| S.D.P.D (N.D.) CECELIA NOA | | S.D.P.D (NORTH DIVISION) | |
| KEN LAMBERT (phone in) | | "DICTIONARY HILL AREA" (PAROLEE) | EL CAJON OFFICE) |

[✓] I want these *witnesses* who have said things against me:

| NAME (AND CDC # IF APPROPRIATE) | ADDRESS | TELEPHONE |
|---|---|---|
| [TRO] KAREN ARCHER (LIVE IN B.F. RICHARD) | 4064 HUERFANO # P.B. CA 92117 | |
| ALL MEMBERS OF RAIDING TEAM (SEE REPORT) | | |
| GREG SEWELL, P.O. (KURTZ) | | |
| LT. ZAMORA, NAVAL CRIMINAL INTELLIGENCE, FIELD OFFICE | | |
| GS-13 JOHNSON, NAVAL CRIMINAL INTELLIGENCE FIELD OFFICE, | POSSIBLY W/ BRAIN- | |
| WAVE FINGERPRINTING AB @ NAB/NCRD NTRC, IB MUSCHELD STATION | | |
| M. JONES, NOTICER, NOT CDC FORM 1502(b) | | |

[ ] I DO NOT want to *subpoena* any witnesses:

| SIGNED | DATE |
|---|---|
| NEIGHBORS SURROUNDING JEFFS CONDO #260 | |

[✓] I WANT to *subpoena* these witnesses:

| NAME | What this person can say about my case: ALLEGED AN |
|---|---|
| KAREN ARCHER w/ LIVE IN BOYFRIEND "RICHARD (LNU) | ASSAULT; HAS A TRO PLACED AGAINST THEM AND "FORM OF STANDARD/SPECIAL" CONDITIONS |
| I. BRIZUELA, EL CAJON PAROLE OFFICER | RE PAROLE COMMISSION RECORD NO. #290 REQUIRED |
| "CECELIA" NOA, CRIME INVESTIGATOR NOTE | PROVIDE COPY OF TRO ON 12/1/07 FOR D.A. REFERRAL & CHARGES FOR VIOLATION |
| CONKIN, S.D. POLICE DEPUTY | REPORT (3) INCIDENTS RE CHARGE #1 REPORT (1) INCIDENTS AND BREAK IN w/ THIEF |
| [RO] PEREZ, S.D. POLICE DEPUTY | CDC# ...HAD 1984 JUDGMENT FORM W/ H.C. PETITION |

Terms: (WICKLINE (KURTZ) PAROLE OFFICER   ETC. | AT FAL OFFICER DURING 12/18/07 "FLR CHANGE"   4A-5D

*Witnesses*: People who come to the hearing to talk about the case.
*Subpoena*: Order to make a person come to my hearing to talk about the case.

JORDON GRIFFIN, FRIEND OF KAREN ARCHER:
MALTOAST, (KURTZ SF.) PAROLE OFFICE (NO TEST BUT WILL ALTER/AMEND AS IF)
KEN LAMBERT, PAROLEE (SPENT NITE @ MY HOUSE IN SPARE BEDROOM)   EXT

BPT 1100-B (Rev 12/04)          Distribution: White – C-file, Canary – Inmate/Parolee

DEPARTMENT OF CORRECTIONS AND REHABILITATION

STATE OF CALIFORNIA
PAROLE REVOCATION HEARING NOTICE AND WITNESS DETERMINATION
CDCR 1654 (Rev 08/05)

PAGE ___ OF ___ PAGES

## SECTION I: PAROLEE INFORMATION

| CDC NUMBER | NAME (LAST, FIRST, MID) | TYPE OF HEARING | VIOLATION REPORT DATED |
|---|---|---|---|
| | | ☐ REVOCATION EXTENSION ☐ PSYCHIATRIC TREATMENT ☐ REVOCATION | |

AGENT OF RECORD | PAROLE UNIT

☐ CUSTODY LOCATION
☐ NOT IN CUSTODY (ADDRESS)

HEARING SCHEDULED FOR: (DATE) _____ (TIME) _____ (HEARING LOCATION) _____

## SECTION II: WITNESSES BEING CALLED

| WITNESSES BEING CALLED | BADGE NUMBER | NOTIFIED METH / DATE | WIT. DESIG STATUS / REQ |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| 7. FEARFUL WITNESSES | REASON: | | |
| 8. | | | |

**NOTIFICATION METHOD:**
M: MEMO
L: LETTER
PH: PHONE
PC: PERSONAL CONTACT
SP: SUBPOENA
PN: PAROLEE NOTIFY

**USE ABBREVIATION FOR WITNESS DESIGNATION**
STATUS
A: ADVERSE
FW: FEARFUL WITNESS
F: FRIENDLY
V: VICTIM

REQUESTED BY
S: STATE
P: PAROLEE

(EX 8)

"G" "H"

**NO FEE-CCP 527.6**

**CH-120**    Notice of Hearing and
Temporary Restraining Order

Clerk stamps date here when form is filed.

[Stamp: NOV 2007 / FILED / CLERK SUPERIOR COURT / SAN DIEGO / By ___ Deputy]

① Name of person asking for protection:

JEFF S. GOUGH-AOSHIMA

Address *(skip this if you have a lawyer): (If you want your address to be private, give a mailing address instead):*

4064 HUERFANO ST #260

City: PACIFIC BEACH    State: CA    Zip: 92117

Your telephone number *(optional):* (619) 249-5405

Your lawyer *(if you have one): (Name, address, telephone number, and State Bar number):* ___

Fill in court name and street address:

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**
☒ HALL OF JUSTICE, 330 W. BROADWAY, SAN DIEGO, CA 92101-3827
☐ NORTH COUNTY DIVISION, 325 S. MELROSE DR., VISTA, CA 92081-6643
☐ EAST COUNTY DIVISION, 250 E. MAIN ST., EL CAJON, CA 92020-3941
☐ SOUTH COUNTY DIVISION, 500 3RD AVE., CHULA VISTA, CA 91910-5649

*Court fills in case number when form is filed.*

**Case Number:**
37-2007-00082027-CU-HR-CTL

② Name of person to be restrained:

KAREN ARCHER, _____

Description of that person:

Sex: ☐ M ☒ F   Height: 5'8'   Weight: 120   Race: WHITE

Hair Color: ~~DIRTY~~ /BLONDE / BK   Eye Color: ___   Age: 45   Date of Birth: ___

Home Address *(if known):* 4064 HUERFANO ST. #257

City: PACIFIC BEACH ("BAY HO CONDO")   State: CA   Zip: 92117

Work Address *(if known):* ___

City: ___   State: ___   Zip: ___

**To the person in ②:**

③ **Notice of Hearing**

**A court hearing is scheduled on the request for orders against you to stop harassment:**

TRO DATE

| Hearing Date | Date: DEC - 5 2007   Time: 9:00 A.M.   Dept.: 25   Rm.: | Name and address of court if different from above: SUPERIOR COURT 220 W. BROADWAY SAN DIEGO, CALIFORNIA 92101 |

If you do not want the court to make orders against you, file Form CH-110. Then go to the hearing and tell the court why you disagree. You may bring witnesses and other evidence. If you do not go to this hearing, the court may make restraining orders against you that could last up to 3 years.

④ **Court Orders**

The court *(check a or b):*

a. ☐ Has scheduled the hearing stated in ③. No orders are issued against you at this time.

b. ☒ Has scheduled the hearing stated in ③ **and** has issued the temporary orders against you specified on page 2. If you do not obey these orders, you can be arrested and charged with a crime. And you may have to go to jail, pay a fine of up to $1,000, or both.

**This is a Court Order.**

Judicial Council of California, www.courtinfo.ca.gov
Revised July 1, 2007, Mandatory Form
Code of Civil Procedure, §§ 527.6 and 527.9
Approved by DOJ

**Notice of Hearing and Temporary Restraining Order (CLETS)**    CH-120, Page 1 of 4
(Civil Harassment)

NO HAVE MORE IN JAIL - OVERTON OFFERED BUT QUIMBY REFUSED TO ADD DURING HEARN—

EX-"B"

"K-O"

CROSS —

NO FEE-CCP 527.6

**CH-120**

**Notice of Hearing and
Temporary Restraining Order**

Clerk stamps date here when form is filed.

DEC 2007

FILED
CLERK SUPERIOR COURT
SAN DIEGO

**(1)** Name of person asking for protection:
Karen Archer

Address *(skip this if you have a lawyer)*: *(If you want your address
to be private, give a mailing address instead)*:
POB 178381

City: San Diego         State: CA  Zip: 92177

Your telephone number *(optional)*: (   -   )

Your lawyer *(if you have one)*: *(Name, address, telephone number, and
State Bar number)*: --

Fill in court name and street address:

**Superior Court of California, County of**

SUPERIOR COURT OF CALIFORNIA
Civil Division
330 W. Broadway
P.O. Box 120128
San Diego, CA 92112-0128

**(2)** Name of person to be restrained:
Jeff Stanley Gough, aka Jeff S. Gough-Aoshima   Booking # 7792847

Court fills in case number when form is filed.

Case Number: 37-2007-00082027-CU-HR-CTL

37-2007-00082107-CU-HR-CTL

Description of that person:

Sex: ☑ M ☐ F  Height: 5'9"  Weight: 190  Race: cau/?japanese
Hair Color: brown-grey   Eye Color: unk   Age: 52  Date of Birth: 02/05/1956
Home Address *(if known)*: 4064 Huerfano Ave #260
City: San Diego         State: CA  Zip: 92117
Work Address *(if known)*: Please confirm current and future address with parole officer Sewell
City: Dept Corrections 619 - 718-7800 x 213  State: ___  Zip: ___

**To the person in ②:**

**(3)** **Notice of Hearing**
**A court hearing is scheduled on the request for orders against you to stop harassment:**

| Hearing Date → | Date: JAN 16 2008  25  Time: 9:00 A.M.  Name and address of court if different from above:  SUPERIOR COURT  220 W. BROADWAY  SAN DIEGO, CALIFORNIA 92101 |
| --- | --- |
| | Dept.: ___  Rm.: ___ |

If you do not want the court to make orders against you, file Form CH-110. Then go to the hearing and tell the
court why you disagree. You may bring witnesses and other evidence. If you do not go to this hearing, the court
may make restraining orders against you that could last up to 3 years.

**(4)** **Court Orders**
The court *(check a or b)*:

Ra a. ☑ Has scheduled the hearing stated in ③  No orders are issued against you at this time.

b. ☐ Has scheduled the hearing stated in ③ and has issued the temporary orders against you specified on
page 2. If you do not obey these orders, you can be arrested and charged with a crime. And you may have
to go to jail, pay a fine of up to $1,000, or both.

**This is a Court Order.**

Judicial Council of California, www.courtinfo.ca.gov
Revised July 1, 2007, Mandatory Form
Code of Civil Procedure, §§ 527.6 and 527.9
Approved by DOJ

**Notice of Hearing and Temporary Restraining Order (CLETS)**
**(Civil Harassment)**

CH-120, Page 1 of 4
→

American LegalNet, Inc.
www.FormsWorkflow.com

CROSS —

1-11-08 CCTS. UNDERWOOD @ 10.30AM

"K"-1

Your name: Karen Archer

Case Number:
~~37-2007-00084107-CU-HR-CTL~~

37-2007-00082027-CU-HR-CTL

## Temporary Orders Against the Restrained Person

*(Write the name of the person in ②):* Jeff Stanley Gough aka Jeff S. Gough Aoshima

**The court has made the temporary orders indicated below against you. You must obey all these orders. These orders will expire on the date of the hearing listed in ③ unless they are extended by the court.**

**⑤** ☑ **Personal Conduct Orders**

You must not do the following things to the people listed in ① and ⑩:

☑ a. Harass, attack, strike, threaten, assault (sexually or otherwise), hit, follow, stalk, destroy personal property, keep under surveillance, or block movements.

☑ b. Contact (directly or indirectly), telephone, send messages, mail, or e-mail.

☑ c. Take any action, directly or through others, to obtain the addresses or locations of the persons in ① and ⑩. *(If item c is not checked, the court has found good cause not to make this order.)*

Peaceful written contact through a lawyer or a process server or other person for service of legal papers related to a court case is allowed and does not violate this Order.

**⑥** ☑ **Stay-Away Order**

You must stay at least *(specify):* ___10___ yards away from:

a. ☑ The person listed in ①
b. ☑ The people listed in ⑩
c. ☑ The home of the persons in ① and ⑩
d. ☐ Jobs or workplaces of the persons in ① and ⑩

e. ☑ Vehicle of person in ①    ☑ Vehicles of persons in ⑩
f. ☐ The protected children's school or child care
g. ☐ Other *(specify):* _____
_____
_____

This stay-away order does not prevent the person in ② from going to or from that person's home or place of employment.

**⑦** **No Guns or Other Firearms**

You cannot own, possess, have, buy or try to buy, receive or try to receive, or in any other way get a gun or firearm.

**⑧** **Turn In or Sell Guns or Firearms**

You must:

- Sell to a licensed gun dealer or turn in to police any guns or firearms that you possess or control. This must be done within 24 hours of being served with this order.
- File a receipt with the court within 48 hours of receiving this order that proves guns have been turned in or sold. *(You may use Form CH-145 for this.)*

**⑨** ☑ **Other Orders** *(specify):* 1 ) Cease "positioning" tactics on Bay Ho complex grounds that entrap Ms. Archer in unintentionally violating her TRO.
2) Cease intimidating and vexatious court petitions and filings against Ms. Archer.

*(handwritten)* NOTE — ARCHER FAILS TO CORRECTLY STATE THAT I WAS THE PERSON REQUESTING A TRO BACK ON NOV. 19, 2007.

**This is a Court Order.**

Your name: Karen Archer

Case Number:
~~37-2007-00084107-CU-HR-CTL~~
37-2007-00082027-CU-HR-CTL

(10)  ☑ **Other Protected Persons**
List of the full names of all family or household members protected by these orders:

Richard Overton, Significant other, POB 178381 San Diego 92177

### Instructions for the Protected Person

**To the person in ①:** *(Write the name of the person in ①):* Jeff S. Gough

(11)  **Service of Order on Law Enforcement**
If the court issues temporary restraining orders, by the close of business on the date the orders are made, you or your lawyer should deliver a copy of this Order and any proof of service forms to each law enforcement agency listed below.

Name of Law Enforcement Agency:          Address (City, State, Zip)

~~COUNTY SHERIFF~~
~~220 WEST BROADWAY~~
~~SAN DIEGO, CA 92101~~

(12)  **Service of Documents**
You must have someone personally deliver to the person in ② a copy of all the documents checked below:

a. ☑ CH-120, *Notice of Hearing and Temporary Restraining Order (CLETS)* (completed and file-stamped)
b. ☑ CH-100, *Request for Orders to Stop Harassment* (completed and file-stamped)
c. ☑ CH-110, *Answer to Request for Orders to Stop Harassment* (blank form)
d. ☑ CH-145, *Proof of Firearms Turned In or Sold* (blank form)
e. ☑ CH-151, *How Can I Answer a Request for Orders to Stop Harassment?*
f. ☑ Other *(specify):* CH131 proof of service by mail

You must file with the court before the hearing a proof of service of these documents on the person in ②.

(13)  **Time for Service** *(check a, b, or c)*
a. ☐ A copy of the documents listed in ⑫ must be served in person to the person in ②
   at least 5 days before the hearing.
b. ☑ A copy of the documents listed in ⑫ must be served in person to the person in ②
   at least 2 days before the hearing.
c. ☐ A copy of the documents listed in ⑫ must be served in person to the person in ②
   at least _____ days before the hearing.

(14)  ☑ **No Fee for Filing**
Filing fees are waived.

<div align="center">

**This is a Court Order.**

</div>



"K"-3

Your name: Karen Archer

Case Number:
~~37-2007-00084107-CU-HR-CTL~~

37-2007-00082027-CU-HR-CTL

(15) ☑ **No Fee for Service of Order by Law Enforcement**
The sheriff or marshal will serve this Order without charge because:

a. ☐ The Order is based on stalking.

b. ☐ The Order is based on a credible threat of violence.

c. ☐ The person in ① is entitled to a fee waiver.

Date: _12-19-07_                    ▶ _[signature]_
                                    Judicial Officer  **RAFAEL A. ARREOLA**

---

**Warnings and Notices to the Restrained Person in ②**

### You Cannot Have Guns or Firearms

You cannot own, have, possess, buy or try to buy, receive or try to receive, or otherwise get a gun while this Order is in effect. If you do, you can go to jail and pay a $1,000 fine. You must sell to a licensed gun dealer or turn in to police any guns or firearms that you have or control in accordance with item ⑧ above. The court will require you to prove that you did so. If you do not obey this Order, you can be charged with a crime.

---

**Instructions for Law Enforcement**

This Order is effective when made. It is enforceable anywhere in all 50 states, the District of Columbia, all tribal lands, and all U.S. territories and shall be enforced as if it were an order of that jurisdiction by any law enforcement agency that has received the Order, is shown a copy of the Order, or has verified its existence on the California Law Enforcement Telecommunications System (CLETS). If the law enforcement agency has not received proof of service on the restrained person, and the restrained person was not present at the court hearing, the agency shall advise the restrained person of the terms of the Order and then shall enforce it. Violations of this Order are subject to criminal penalties.

**Requests for Accommodations**
Assistive listening systems, computer-assisted real-time captioning, or sign language interpreter services are available if you ask at least 5 days before the hearing. Contact the clerk's office or go to *www.courtinfo.ca.gov/forms* for *Request for Accommodations by Persons With Disabilities and Order* (Form *MC-410*). (Civil Code, § 54.8.)

*(Clerk will fill out this part.)*
### —Clerk's Certificate—

*Clerk's Certificate*
*[seal]*

I certify that this *Notice of Hearing and Temporary Restraining Order* is a true and correct copy of the original on file in the court.

Date: _____    Clerk, by _____, Deputy

---

**This is a Court Order.**

"K"-4

*CROSS —*

*→ WHY NOT RICHARD OVERTON?*

**CH-100**  **Request for Orders to Stop Harassment**

Clerk stamps date here when form is filed.

2007 DEC 19 PM 12: 18

SAN DIEGO COUNTY, CA

**(1)** Your name *(person asking for protection):*
Karen Archer  ✓

Your address *(skip this if you have a lawyer): (If you want your address to be private, give a mailing address instead):*

POB 178381, San Diego CA 92177

City:_____ State: _____ Zip:_____

Your telephone number *(optional):* (  -  ) --

Your lawyer *(if you have one): (Name, address, telephone number, and State Bar number):*

n/a

Fill in court name and street address:

Superior Court of California, County of
~~SUPERIOR COURT OF CALIFORNIA~~
Civil Division
330 W. Broadway
P.O. Box 120128
San Diego, CA 92112-0128

**(2)** Name of person you want protection from:
Jeff Stanley Gough, aka Jeff S. Gough-Aoshima

Court fills in case number when form is filed.

Case Number:
~~37-2007-00082107-CU-HR-CTL~~

**37-2007-00082027-CU-HR-CTL**

Describe the person:  Sex: ☑ M  ☐ F  Weight: 190
Height: 5'9"  Race: cau?  Hair Color: saltpepper
Eye Color: unk  Age: 52  Date of Birth: 2/5/1956
Home Address *(if you know):* 4064 Huerfano Ave #260
City: San Diego  State: CA  Zip: 92117
Work Address *(if you know):* n/a
City:_____ State: _____ Zip: _____

**(3)** Besides you, who needs protection? *(Family or household members)*

| Full Name | Sex | Age | Lives with you? | How are they related to you? |
|---|---|---|---|---|
| Richard Overton | M | 51 | ☑ Yes ☐ No | Significant Other |
|  |  |  | ☐ Yes ☐ No |  |
|  |  |  | ☐ Yes ☐ No |  |
|  |  |  | ☐ Yes ☐ No |  |

☐ Check here if you need more space. Attach a sheet of paper and write "CH-100, item 3—Describe Protected Persons" at the top of the page.

**(4)** Why are you filing in this court? *(Check all that apply):*
☑ The person in **(2)** lives in this county.
☑ I was hurt (physically or emotionally) by the person in **(2)** here.
☑ Other *(specify):* existing case 82027

*WHO?*  *"SILENT MAJORITY"*
*NO ONE AT 1ST TRO HEARING*
*2' STAY AWAY! WANTED BY KAREN*

**(5)** How do you know the person in **(2)**? *(Describe):*

Jeff is my neighbor who has been acting as and perceived as a threat to me and more recently to my SO Richard since mid Sept. Jeff has been noted by us and others to be increasingly more agitated and has recently been re-arrested due to his assault on Richard in November.

*SIGNIFICANCE OF DATE?*  *"re-arrested"*  *ORIGINAL? police reports?*
*WHAT REPORTS?*

**This is not a Court Order.**

Judicial Council of California, www.courtinfo.ca.gov
Revised July 1, 2007, Mandatory Form
Code of Civil Procedure, §§ 527.6 and 527.9
**Request for Orders to Stop Harassment**
**(Civil Harassment)**
*CROSS —*

CH-100, Page 1 of 4
→

American LegalNet, Inc.
www.FormsWorkflow.com

*Ex— "E"—1*

*"K"-4*

Your name: Karen Archer

Case Number:
~~37-2007-00084187-CU-HR-CTL~~

**(6)** Describe how the person in **②** has harassed you:
*[handwritten: PRIOR TO TRO FILING (11/19/08)]*
*[handwritten: 37-2007-00082027-CU-HR-CTL]*
a. Date of most recent harassment: Nov 11, 2007
b. Who was there? Richard Overton
*[handwritten: WHAT TELEPHONE # HOW DID SHE GET PERICANO MESSAGE?]*

c. Did the person in **②** commit any acts of violence or threaten to commit any acts of violence against you?
☑ Yes ☐ No
*If yes, describe those acts or threats:*
In a very agitated manner he threatens to In-So-Many-Words "have you pay" or "youll get yours"
-type of rhetoric

d. Did the person in **②** engage in a course of conduct that harassed you and caused substantial emotional
distress? ☑ Yes ☐ No
*If yes, describe:* a) Repeated threatening harassment up to 11/11- Tape recording of Jeff's vindictive
*[handwritten left margin: § 2035(a)]*
is available for the court to hear: b) assault of Richard 11/12/07 c) two court filings against me since
11/16; d) antagonistic and inciting behavior relative to ~~TRO~~ limits since 11/17/07
*[handwritten: 12/5/07 INSOLENT MAJORITY DOCUMENTATION ETC.]*

e. Did the conduct of the person in **②** described above seriously alarm, annoy, or harass you? ☑ Yes ☐ No
☐ *Check here if you need more space. Attach a sheet of paper and write "CH-100, item 6—Describe
Harassment" at the top of the page.*
*[handwritten: S.D.P.D. CONKIN, S.D.P.D. PEREZ, CRIME IN. CELLERIA NOA]*

**Check the orders you want** ☑

**(7)** ☑ **Personal Conduct Orders**
I ask the court to order the person in **②** to **not** do the following things to me or anyone listed in **③** :
a. ☑ Harass, attack, strike, threaten, assault (sexually or otherwise), hit, follow, stalk, destroy personal
property, keep under surveillance, or block movements.
b. ☑ Contact (either directly or indirectly), or telephone, or send messages or mail or e-mail.
The person in **②** will also be ordered not to take any action to get the addresses or locations of any protected
persons, their family members, or their caretakers unless the court finds good cause not to make the order.

**(8)** ☑ **Stay-Away Orders**
*[handwritten: ? TWO FEET FROM MODIFIED]*
I ask the court to order the person in **②** to stay at least *(specify):* [ 10 ] yards away from me
and the people listed in **③** and the places listed below: *(Check all that apply):*
a. ☑ My home                    d. ☑ My vehicle
b. ☐ My job or workplace        c. ☐ Other *(specify):* _____
c. ☐ My children's school or child care

If the court orders the person in **②** to stay away from all the places listed above, will that person
still be able to get to his or her home, school, or job? ☑ Yes ☐ No
*If no, explain:* Please note Jeff's stay at 4064 Huerfano Ave is over- per his parole officer, and
therefore 10 yards stay away is reasonable as he will likely no longer be my regular neighbor upon
his release from prison.

*[handwritten: GOUGH-AOSHIMA v. JORDON GRIFFIN]*
*[handwritten: § 2035(a) (RE CONDO COLLUSION)]*

**This is not a Court Order.**

*[handwritten: SEWELL NEVER DISCUSSED MATTER W/ME ? KAREN ? RICHARD ? JORDON GRIFFIN]*



*[handwritten: 4K4-5]*

*[handwritten top]* "INVOLVE" RICHARD "VEXATIOUS" SUITS

Your name: Karen Archer

Case Number:
~~37-2007-0008410T-CU-HR-CTL~~

37-2007-00082027-CU-HR-CTL

**⑨** ☑ **Others to Be Protected**
Should the other people listed in ③ also be covered by the orders described above?
☑ Yes    ☐ No    ☐ Does not apply
*If yes, explain:* Note Jeff has tried to involve and harass Richard with his vexatious suits as well.

*[handwritten left]* WHAT? CALL ON 12/17/07

The information regarding Jeff assaulting Richard was apparently enough to bring Jeff back into custody, and both Richard and I am in fear of Jeff upon his release (likely within months at most.)

**⑩** **Order About Guns or Other Firearms**
I ask the court to order the person in ② to be prohibited from owning, possessing, purchasing, or receiving, or attempting to purchase or receive firearms **and** to sell or turn in any guns or firearms that he or she controls.

**⑪** ☑ **Other Orders**
I ask the court to order the person in ② to *(specify)* *[handwritten ?]*

I ask the court to declare Jeff Gough a vexatious litigant.

**⑫** ☑ **Temporary Orders**    *[handwritten]* WHAT ACTIONS?
Do you want the court to make orders now on the matters listed in ⑦, through ⑪ that will last until the hearing? ☑ Yes ☐ No
*If yes, explain why you need these orders right now:* Jeff is likely more unstable and angry now than at his intiation of his actions against me that began in September. He has just been taken into custody, of likely limited duration. Richard and I have been scared of him, and are even more so now. Please make these orders immediate so we have recourse if Stay Away or Conduct orders violated.

☐  *Check here if you need more space. Attach a sheet of paper and write "CH-100, item 12—Temporary Orders" at the top of the page.*

**⑬** **Delivery of Orders to Law Enforcement**
My lawyer or I will give copies of the orders to the following law enforcement agencies:
a.  Name of Agency: ~~COUNTY SHERIFF~~
    Address: ~~220 WEST BROADWAY~~
    City: ~~SAN DIEGO, CA 92101~~ _____ State: _____ Zip:_____

b.  Name of Agency: _____
    Address: _____
    City:_____ State: _____ Zip:_____

**⑭** ☐ **Other Court Cases**
Have you ever asked any court for other restraining orders against the person in ②? ☐ Yes ☐ No
*If yes, specify the counties and case numbers if you know them.*
Earlier counter-TRO filed by me and declined by this court on 12/11/07

*[handwritten]* TRO? HEARING? CALLED SEWELL 12/17/07.

**This is not a Court Order.**

Revised July 1, 2007     **Request for Orders to Stop Harassment**     CH-100, Page 3 of 4
                         **(Civil Harassment)**                        →



K-5

Your name: Karen Archer

**(15)** ☑ **Time for Service**                    37-2007-00082027-CU-HR-CTL

You must have your papers personally served on (notify) the person in ②, at least 5 days before the hearing, unless the court orders a different time for service. *(Form CH-135 explains "What Is Proof of Service?" Form CH-130 may be used to show the court that the papers have been served.)* If your papers cannot be served at least 5 days before the hearing and you need more time, explain why:

n/a

**(16)** ☑ **No Fee for Filing**

I ask the court to waive the filing fee because the person in ② has used or threatened to use violence against me, has stalked me, or has acted or spoken in some other way that makes me reasonably fear violence. I am asking for a restraining order to stop this conduct.

**(17)** ☑ **No Fee to Serve Orders**

I ask the court to order the sheriff or marshal to serve (notify) the person in ② about the orders for free because:
a. ☑ My request for orders is based on stalking; or
b. ☑ My request for orders is based on a credible threat of violence; or
c. ☐ I am entitled to a fee waiver.
*(If you are requesting free service of the orders based on a fee waiver, you must complete and file the* Application for Waiver of Court Fees and Costs *(Form FW-001).)*

**(18)** ☑ **Lawyer's Fees and Costs**

I ask the court to order payment of my:
a. ☑ Lawyer's fees
b. ☑ Out-of-pocket expenses
The amounts requested are:

| Item | Amount | Item | Amount |
|------|--------|------|--------|
| misc admin (response) | $ TBD | | $ |
| | $ | | $ |
| | $ | | $ |

☐ *Check here if you need more space. Attach a sheet of paper and write "CH-100, item 18—Lawyer's Fees and Costs" at the top of the page.*

**(19)** **Additional Relief**

I ask the court for additional relief as may be proper.

**(20)** Number of pages attached to this form, if any:_____

Date: _____

_____                  ▶ _____
*Lawyer's name*                              *Lawyer's signature*

I declare under penalty of perjury under the laws of the State of California that the information above and on all attachments is true and correct.

Date: 12/19/07 _____

Karen Archer _____          ▶ x _Karen Archer_ _____
*Type or print your name*                   *Sign your name*

<div style="text-align:center">**This is not a Court Order.**</div>

K-6

DELIVERED BY SEWELL (1/18/08) AFTER HEARING

**CH-125** **Reissue Temporary Restraining Order** *(CROSS)*

| | Clerk stamps date here when form is filed. |
|---|---|

**Your name** *(person asking to reissue order):*
Karen Archer

**Your address** *(skip this if you have a lawyer): (If you want your address to be private, give a mailing address instead):*
POB 178381

**City:** San Diego    **State:** CA   **Zip:** 92177

**Your telephone** *(optional):* (   )

**Your attorney** *(if you have one): (Name, address, telephone number and State Bar number):* N/a

F I L E D
Clerk of the Superior Court

JAN 1 6 2008

By: J. BELDEN, Deputy

Fill in court name and street address:
**SUPERIOR COURT OF CALIFORNIA,
COUNTY OF SAN DIEGO**
☑ HALL OF JUSTICE, 330 W. BROADWAY,
   SAN DIEGO, CA 92101-3827
☐ NORTH COUNTY DIVISION, 325 S. MELROSE DR.,
   VISTA, CA 92081-6643
☐ EAST COUNTY DIVISION, 250 E. MAIN ST.,
   EL CAJON, CA 92020-3941
☐ SOUTH COUNTY DIVISION, 500 3RD AVE.,
   CHULA VISTA, CA 91910-5649

Court fills in case number when form is filed.
**Case Number:** CU HR CTL
37-2007-00082027

(2)   **Name of person you want protection from:**
Jeff St. Gough aka Jeff.Gough Aoshima

(3)  ☑ I ask the Court to reissue the Temporary Restraining Order specified on Form CH-120. *(HEARING ONLY)*
   a. The last Temporary Restraining Order was issued on *(date):* 12/19/07
   b. The last hearing date was *(date):* JAN 16 2008 9:15
   c. The Order was reissued ___0___ times.

(4)  ☑ I ask the court to reissue the Order because *(check one):*    Proof of service hasn't been returned from Donovan
   a. ☑ I could not get the Order served before the hearing date.
   b. ☐ The date of the hearing was changed because we were sent to mediation or other dispute resolution services.
   c. ☐ Other *(specify):* _____

I declare under penalty of perjury under the laws of the State of California that the information above is true and correct.

**Date:** 1/16/08

Karen Archer          ▶ *(signature)*
*Type or print your name*          *Sign your name*

**This is a Court Order.**
Clerk will fill out section below.

(5)  The request to reissue the Temporary Restraining Orders is:
   a. ☑ Granted *(HEARING ONLY)*   b. ☐ Denied

The Order listed in ③ is reissued and reset for hearing in this court on the date and time below.
Unless the court extends the time, the Order will end on the date and time below.

**Hearing Date** ▶ **Date:** JAN 3 0 2008   **Time:** 9:00 AM
**Dept.:** 25   **Room:** _____

Name and address of court if different from above:
SUPERIOR COURT
220 W. BROADWAY
SAN DIEGO, CALIFORNIA 92101

All orders in the Temporary Restraining Order stay in effect unless this order changes them.

*(Continued on next page)*

Judicial Council of California, www.courtinfo.ca.gov
Revised January 1, 2005, Mandatory Form
Code of Civil Procedure, §§ 527.6 and 527.9
**Reissue Temporary Restraining Order**
**(Civil Harassment)**
CH-125, Page 1 of 2

Your Name: _Karen Archer_

Case Number:
_37 2007-0082027_

(6) If this Order is granted, a copy of this Order must be served on the person in ② before the hearing, along with the other documents requesting orders to stop harassment.

(7) By the close of business on the date this Order is made, a copy of this Order and any proof of service forms must be delivered to the law enforcement agency listed in ⑧ by:
☑ the person in ①.
☐ the attorney of the person in ①.

(8) The law enforcement agency listed below will serve the person in ② with a copy of this Order and any attached orders:
Name of law enforcement agency: ~~COUNTY SHERIFF~~
Address: ~~220 WEST BROADWAY~~
~~SAN DIEGO, CA 92101~~
City: _____ State: _____ Zip: _____

Date: _JAN 1 6 2008_

▶ _Rafael A. Arreola_ (signature)
Judicial Officer    **RAFAEL A. ARREOLA**

**Requests for Accommodations**
Assistive listening systems, computer-assisted real-time captioning, or sign language interpreter services are available if you ask at least 5 days before the hearing. Contact the clerk's office for *Request for Accommodations by Persons with Disabilities and Order* (form MC-410). *(Civil Code, § 54.8)*

(Clerk will fill out this part)
—**Clerk's Certificate**—

*Clerk's Certificate*

I certify that this *Reissue Temporary Restraining Order* is a true and correct copy of the original on file in the court.

Date: _____

Clerk, by _____ , Deputy

**This is a Court Order.**

**Reissue Temporary Restraining Order**
(Civil Harassment)

CH-125, Page 2 of 2

STATE OF CALIFORNIA

**CHARGE REPORT**
CDC 1502 (b) (07/04)

DISTRIBUTION:         DEPARTMENT OF
CORRECTIONS
ORIGINAL - C-File.
1ST COPY - Field File.
2ND COPY - Parolee.

**REPORT TO:** [X] BOARD OF PRISON TERMS

| CDC NUMBER | NAME (LAST, FIRST, MI) | NAME BOOKED AS | REGION/UNIT |
|---|---|---|---|
| V-64431 | GOUGH, JEFFREY | SAME | IV/EC III |

| ARREST DATE | ARRESTING AGENCY N/A | BPT REFERRALS: | BOOKING NUMBER AND/OR LOCATION |
|---|---|---|---|
| NIC | | [X] MANDATORY   NON-MANDATORY | 16/03 Los Ranchitos Rd. Lakeside, Ca 92040 (619) 458-4148 |

| ARREST CODE * | * ARREST CODES: A   P&CSD STAFF ALONE   AB   P&CSD ASSISTED BY LAW ENFORCEMENT AGENCY | B   LAW ENFORCEMENT AGENCY ALONE   D   LAW ENFORCEMENT AGENCY WITH INFORMATION FROM P&CSD |
|---|---|---|
| NIC | | |

| HOLD DATE | DISCOVERY DATE | HOLD REMOVED DATE | AGENT OF RECORD | CONTROLLING DISCHARGE DATE | DISCHARGE REVIEW DATE | IMMINENT DISCHARGE |
|---|---|---|---|---|---|---|
| NIC | 6/12/06 | NIC | I, BRIZUELA | 11-8-08 | 11-16-06 | |

| CHARGES AND CODES | | CHARGES AND CODES | |
|---|---|---|---|
| 1. | Failure to Register per P.C 290 (390) | 4. | |
| 2. | | 5. | |
| 3. | | 6. | |

| REASON FOR RETAINING PAROLE HOLD: PAROLEE DANGER TO: | DATE COPY GIVEN TO PAROLEE | NAME OF PERSON NOTICING PAROLEE (X) |
|---|---|---|
| [X] ABSCON  [X] SELF  [X] PROPERTY-OTHERS  [X] SAFETY-OTHERS | 6/27/06 | E. McWilliam |

## NOT IN CUSTODY

Parolee Gough is a P.C 290 Registrant. He was to register with the San Diego County Sheriffs Office five days prior or after his birth date of February 5. He failed to register in a timely manner. He registered on February 17, 2006.

PAROLE AGENT'S RECOMMENDATION:
Refer violation to the Board of Parole Hearings for parole revocation proceedings.

| | PAROLE AGENT'S SIGNATURE | DATE |
|---|---|---|
| | I. Brizuela | 6-12-06 |

| UNIT SUPERVISOR'S ACTION | | RELEASE HOLD AS OF (DATE) | |
|---|---|---|---|
| [X] DECISION   REVIEW | RETAIN HOLD | | CANCEL WARRANTS — WANTS |
| CONTINUE ON PAROLE | CONTINUE IN OUT PATIENT STATUS | *DISCHARGE EFFECTIVE (DATE): | RETAIN ON |
| REINSTATE ON PAROLE AS OF (DATE): | TIME LOSS   NO TIME LOSS | SUSPEND/REINSTATE IN OPS AS OF (DATE): | REFER TO BPT/NAEA [X] | INVESTIGATE, SUBMIT APPROPRIATE REPORT BY (DATE) 6/20/06 |

SPECIAL CONDITION(S):                                           [  ] ADD   [  ] DELETE

UNIT SUPERVISOR'S COMMENTS/RECOMMENDATION Concur; probable cause fnd. Violation rpt. due NCF 6/21/06.

| | UNIT SUPERVISOR'S SIGNATURE | DATE |
|---|---|---|
| [X] I HAVE LOOKED AT THE INFORMATION. I BELIEVE THERE IS PROBABLE CAUSE TO MAINTAIN THE PAROLE HOLD | | 6-12-06 |

PAROLE ADMINISTRATOR'S COMMENTS/DECISION

| REFER TO BPT/NAEA | *DISCHARGE EFFECTIVE DATE | FIELD ADMINISTRATOR'S SIGNATURE | DATE |
|---|---|---|---|
| | | | |

EXHIBIT "D" "m"

UNIVERSITY OF THE
# PACIFIC
McGeorge School of Law

March 4, 2008

Jeffrey S. Gough V64431
(F2-10-248u)
P.O. Box 799002
San Diego, CA 92179-9002

RE:   Parole Hearing – Writ of Habeas Corpus

Dear Mr. Gough,

**California**

**Parole Advocacy**

**Program**

3200 Fifth Avenue

Sacramento, CA 95817

Tel  916.733.2808

Fax  916.452.7491

paroleprogram@pacific.edu

You contacted our office regarding your parole case and are interested in filing an appeal regarding the outcome of your parole hearing.  The appeal you are requesting is a Writ of Habeas Corpus.

Unfortunately, the California Parole Advocacy Program does not provide legal representation for the drafting and filing of writs.  However, this does not preclude you from filing your own writ.  Therefore, enclosed you will find the following forms:

1.     Request for Copy of the Record of the Hearing (Revocation Hearing); and
2.     Petition for Writ of Habeas Corpus.

Requesting a Copy of the Tape

You must complete a copy of the request form (Form BPT 1084).  You must mail this form to the following address:

Board of Parole Hearings
Data Processing Unit
P.O. Box 942883
Sacramento, California 94283-0001

No fee is charged for filing a writ of habeas corpus.  For item number 16, page six of the petition, check the box "no," if you are not currently represented by counsel.  If you need legal representation, you should write that you are requesting an attorney to represent you in the event the court issues an Order to Show Cause, and that you are incarcerated and have no funds to hire an attorney.   In this manner, an appellate panel attorney may be appointed to represent you.

Very truly yours,

*Andrew Walker by sam*

Andrew Walker
California Parole Advocacy Program

*STOCKTON SAN FRANCISCO SACRAMENTO*

## CLIENT EVALUATION FORM

**Case Number:** SD07-020097

*We want to know what you think of the job your lawyer did at your parole hearing. Please tell us if you think the lawyer did a great job, a good job, or a poor job. Thank you for your help.*

**1.** How long was your first meeting with your lawyer?

   ☐ 30 minutes or less     ☐ 31 minutes – 1 hour     ☐ 1 hour or more

**2.** How many times did you talk to your lawyer?          1          2          3 or more

**3.** How well did your lawyer explain your rights to you?   Great   Good   Poor

**4.** How well did the lawyer speak for you at the hearing?  Great   Good   Poor

**5.** Your total view of how well your lawyer did.           Great   Good   Poor

**Comments:**

_____

_____

_____

"2"