1  JEFF S. GOUGH
2  CDCR # V64431
   2349, P.O.B. (A1-240-UP)
3  BLYTHE, CALIF. 92226
4
5  MICHAEL STARVISH
6  CDCR # F29516 (A1-240-UP)
   SAN DIEGO, CALIF. 92179-9002
7

8              IN THE UNITED STATES COURT
9       IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10 MICHAEL STARVISH,              CASE NO. 08-0187-JM (POR)
11        PLAINTIFF,
12    V.                          NOTICE OF RELATED CASES AND
                                  DECLARATION OF JEFF S. GOUGH
13 ARNOLD SCHWARNEGGER, et. al.,
14        DEFENDANTS.

15
16     PLEASE TAKE NOTICE THAT JEFF S. GOUGH, IN PROPRIA PERSONA, WITH LEAVE
17 OF MICHAEL STARVICH, NAMED PLAINTIFF, HEREBY GIVES NOTICE OF RELATED CASES
18 ON NAMED DEFENDANT SCHWARNEGGER, BY AND THROUGH HIS ATTORNEY OF RECORD,
19 ATTORNEY GENERAL STATE OF CALIFORNIA, 110 WEST "A" STREET, SUITE 1100, P.O.B.
20 85266, SAN DIEGO, CALIFORNIA 92186-5266.
21     THIS NOTICE IS BROUGHT IN CONJUNCTION WITH MR. GOUGH'S REQUEST TO JOIN
22 AS A PLAINTIFF WITH NAMED PLAINTIFF STARVISH'S LEAVE. SEE DECLARATIONS OF
23 MESSRS. JEFF S. GOUGH AND MICHAEL STARVISH HERETO ATTACHED WITH EXHIBITS;
24 PLAINTIFF'S-JOINER MOTION TO BE JOINED AS CO-PLAINTIFF AND/OR MEMBER OF ANY
25 CLASS ACTION CERTIFIED BY THIS HONORABLE COURT, SEE DECLARATION OF JEFF S.
26 GOUGH, ¶ 1,4 , FILED HEREWITH.
27     RESPECTFULLY NOTICED AND SUBMITTED THIS 29 DAY OF APRIL, 2008,
28 IN THE YEAR OF MY LORD JESUS, de NAZARETH, el GAULEAN, de JUDAH, el CHRIST.

                    JEFF S. GOUGH - NOTICER/JOINER

1  CERTIFICATE OF SERVICE BY MAIL
2  I, JEFF S. GOUGH, DECLARE AND CERTIFY THAT I SERVICE THE FOLLOWING:
3  PLAINTIFF-JOINER JEFF S. GOUGH'S MOTION TO BE JOINED AS A PLAINTIFF OR CLASS
4  MEMBER; DECLARATIONS; EXHIBITS
5  AND
6  NOTICE OF RELATED CASE AND DECLARATION
7  OF JEFF S. GOUGH
8  ON THE FOLLOWING INDIVIDUALS:
9  EDMUND G. BROWN JR.        MICHAEL STARVISH        GREG SEWELL
   ATTORNEY GENERAL, CALIF.   CDCR # F29516           BPH, PAROLE AGENT
10 110 WEST "A" ST, STE 1100  P.O.B. 799002-9002      3502 KURTZ ST.
11 SAN DIEGO, CALIF. 92186    SAN DIEGO, CALIF. 92179 SAN DIEGO, CA. 92101
12 BY PLACING THE SAID DOCUMENTS IN THE HANDS FOR MAILING OF CHUCKAWALLA STATE
13 PRISON OFFICIALS' HANDS ON/AT THE PROGRAM OFFICE ON FACILITY 2, P.O.B. 2349,
14 BLYTHE, CALIF. 92226, WITH THE SAID DOCUMENTS IN AN ENVELOPE WITH A INMATE
15 TRUST ACCOUNT WITHDRAWAL SLIP FOR POSTAGE. THIS WAS DONE PURSUANT TO
16 HOUSTON V. LACK, 487 U.S. 266 (1988)(PRISONER MAILBOX MAILING BY DELIVERY TO
17 PRISON OFFICIALS).
18 I, JEFF S. GOUGH, DECLARE UNDER PENALTY OF PERJURY PER 28 U.S.C. § 1446(2)
19 THAT THE FOREGOING STATEMENTS IS TRUE AND CORRECT.
20 DATED THIS 29 DAY OF APRIL, 2008, IN THE YEAR OF MY LORD & KING JESUS,
21 de NAZARETH, el GALILEAN, de JUDAH, el. CHRIST & MESSIAH.
22 JEFF S. GOUGH, DECLARANT.
23
24 JEFF S. GOUGH (CDC # V64431) DECLARANT