# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

**FILED**
2008 MAY 16 AM 10: 37
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _RM_ DEPUTY

TO: ☑ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE Miller
FROM: R. Mullin, Deputy Clerk          RECEIVED DATE: 5/14/2008
CASE NO.: 08cv0187 JM (POR)   DOCUMENT FILED BY: Plaintiff
CASE TITLE: Starvish v. Schwarzenegger, et al
DOCUMENT ENTITLED: Application for Order Directing Clerk of Court...

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | 5.4 | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| X | | **OTHER: Case closed.** To re-open case, Plaintiff Starvish must comply with Court order dated 5/13/08 [Doc. No. 9] |

Date forwarded: 5/15/2008

### ORDER OF THE JUDGE / MAGISTRATE JUDGE
IT IS HEREBY ORDERED:

☐ The document is to be filed nunc pro tunc to date received.

☑ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☑ Yes.   Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: Judge Miller

Dated: 5/15/08          By: KMB, PSLC
cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]

ORIGINAL

1  MICHAEL STARVISH
   CDCR # F29516
2  POB 799002 (F2-10-248U)
   SAN DIEGO, CALIF. 92179-9002
3
4
5  JEFF S. GOUGH
   CDCR # V64431
6  ~~POB 799002 (F2-10-248U)~~  P.O.B. 2349 (A1-240-UP)
   ~~SAN DIEGO, CALIF. 92179-9002~~  BLYTHE, CAL. 92226
7



8           IN THE UNITED STATES DISTRICT COURT
9          FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10  MICHAEL STARVISH,                CASE NO. 08-0187-JM(POR)
11       PLAINTIFF-APPLICANT,
                                     APPLICATION FOR ORDER DIRECTING
12       V.                          CLERK OF COURT AND ALL NAMED
                                     DEFENDANTS TO SERVE DOCUMENTS
13  ARNOLD SCHWARZENEGGER, GOVERNOR; ON CO-PLAINTIFF AND/OR PRISONER
    ROBERT TILLMAN, DIRECTOR OF CDC&PT; ASSISTANT; DECLARATIONS OF MICHAEL
14  et al.,                          STARVISH AND JEFF S. GOUGH
15       DEFENDANTS-RESPONDENTS

16
17       COMES NOW YOUR PLAINTIFF, MICHAEL STARVISH, IN PROPRIA PERSONA, WITH
18  THE ASSISTANCE OF JEFF S. GOUGH, A LAYPERSON-LEGIST AND FELLOW CELLIE-INMATE PER
19  JOHNSON V. AVERY, 89 S.Ct. 747 (1969) AS ENCODED IN CALIFORNIA CODE OF REGULATIONS,
20  TITLE 15, DIV. 3, CHP. 1, SUBCHP. 2, ART. 6, § 3163. THE NECESSITY OF THIS APPLICATION AND ORDER
21  IS MORE FULLY EXPLAINED WITH SUPPORTING DOCUMENT IN THE HEREWITH DECLARATIONS
22  OF PLAINTIFF STARVISH AND MR. GOUGH. SEE DECLARATIONS OF MICHAEL STARVISH AND
23  JEFF S. GOUGH (WITH DOCUMENTATION).
24       ERGO BOTH PLAINTIFF STARVISH AND MR. GOUGH WOULD REPRESENT THAT DUE TO
25  FACT THAT MR. STARVISH IS AN INDIVIDUAL WITHOUT LEGAL EXPERIENCE, WHATSOEVER,
26  AND WITHOUT A KNOWN RESIDENCE UPON HIS RELEASE HE MAY NOT BE ABLE TO PROPERLY
27  ASSIST HIMSELF AND/OR THE COURT WITHOUT MR. GOUGH'S ASSISTANCE.
28  DATED: 28 MARCH 2008
    RTN: 5/12/08 TO JEFF S. GOUGH
                                              MICHAEL STARVISH, PLAINTIFF-APPLICANT

1 JEFF S. GOUGH
  CDCR No. V64431
2 P.O.B. 799002
  SAN DIEGO, CALIF. 92179-9002



5 IN PROPRIA PERSONA

8 IN THE SUPERIOR COURT OF CALIFORNIA
9 FOR SAN DIEGO COUNTY, SOUTH BAY DIVISION

10 JEFF S. GOUGH,                           CASE NO. _____
11     PETITIONER-RELATOR,
12 vs.                                      PETITION FOR WRIT OF MANDAMUS
13 ARNOLD SCHWARZENEGGER,                   AND DECLARATION OF JEFF S. GOUGH
   GOVERNOR OF CALIFORNIA;                  WITH EXHIBITS; DECLARATION OF
14 ROBERT TILLMAN, DIRECTOR OF              MICHAEL STARWISH
   CDC; ROBERT J. HERNANDEZ,
15 WARDEN STATE PRISON,
16     RESPONDENTS,
17 PEOPLE OF CALIFORNIA,
18     REAL PARTY IN INTEREST.

20     PETITIONER-RELATOR, JEFF S. GOUGH, IN PROPRIA PERSONA, HEREBY RESPECTFULLY
21 PETITIONING THE ABOVE-ENTITLED COURT TO ISSUE A WRIT OF ADMINISTRATIVE
22 MANDAMUS OR, IN THE ALTERNATIVE, AN ORDER TO SHOW CAUSE. THE HEREINUNDER
23 REQUESTS FOR EXTRAORDINARY REMEDIAL ACTION IS DUE ENTIRELY ON THE CONDUCT
24 OF PRISON AUTHORITIES THAT ARE SUBSERVIANT TO THE NAMED RESPONDENTS.
25     PETITIONER HAS LITTLE OR NO ACCESS TO THE FACILITY TWO LAW LIBRARY (IF AND
26 WHEN IT IS ARBITRARILY OPEN); ERGO, HE HAS BORROWED THE FOLLOWING COMMON LAW
27 CASES IN HIS HOPES THAT HE ASK THE HONORABLE COURT TO WAIVE THE DOCTRINE OF
28 ADMINISTRATIVE EXHAUSTION (OGO ASSN. v. CITY OF TORRANCE (1974) 37 Cal.App.3d 830)

-1-